UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>         Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY, ET AL.,<br>         Defendants. | )<br>)<br>)<br>) 05-10746-RWZ<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the undersigned's appearance on behalf of the Defendants, John Heggarty and Timothy B. Dube.

                                               Respectfully submitted,
                                               For the Defendants,
                                               **John Heggarty and Timothy B. Dube,**
                                               By their attorneys,

                                               _/s/ Brian M. Maser_
                                               Matthew E. Dwyer (BBO# 139840)
                                               Brian M. Maser (BBO# 655667)
                                               Dwyer, Duddy and Facklam
                                               Attorneys At Law, P.C.
                                               One Center Plaza, Suite 360
                                               Boston, MA 02108
                                               (617) 723-9777

Date:   April 18, 2005
f:\lpa\gilbert\pldgs\not.appear.bmm.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, do hereby certify that I have served a true and accurate copy of the foregoing document upon Richard N. Foley, Esquire, 414 State Street, Portsmouth, NH 03801, this 18th day of April, 2005.

                                               _/s/ Brian M. Maser_
                                               Brian M. Maser