UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAURIE GILBERT,
        Plaintiff,

v.                                               05-10746-RWZ

JOHN HEGGARTY, ET AL.,
        Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the defendants and their counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
For the Defendants,
**John Heggarty and Timothy B. Dube,**
By their attorneys,

_____
Matthew E. Dwyer (BBO# 139840)
Brian M. Maser (BBO# 655667)
Dwyer, Duddy and Facklam
Attorneys At Law, P.C.
One Center Plaza, Suite 360
Boston, MA 02108
(617) 723-9777

_____
Charles Boddy, City Solicitor
City of Lawrence
Lawrence City Hall, Room 306
200 Common Street
Lawrence, MA 01840

Dated: May 12, 2005
f:\lpa\gilbert\pldgs\boddy.fed.cert.doc