UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSSETS

LAURIE GILBERT, }
    Plaintiff }
}
v. } DOCKET #: C.A. 05-10746-RWZ
}
JOHN HEGGARTY, }
ET AL, }
    Defendants }

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the Plaintiff and her counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 25, 2005

Respectfully Submitted,
LAURIE GILBERT

_____
By Her Attorney
Richard N. Foley, Esq.
414 State St.
Portsmouth, NH   03801
(603) 433-1303
BBO #: 553321

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above pleading has been served by first class mail, postage prepaid, addressed: Brian Maser, Esq., Dwyer, Duddy & Facklum, Attorneys at Law, 1 Center Place, Suite 360, Boston, MA 02108-1804.

Dated: May 25, 2005                      _____
                                                         Richard N. Foley, Esq.