UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAURIE GILBERT,                              )
        Plaintiff,                        )
                                             )
v.                                           )    05-10746-RWZ
                                             )
JOHN HEGGARTY, ET AL.,                       )
        Defendants.                       )

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned, Brian M. Maser, Esquire, hereby gives notice that he is withdrawing as counsel of record for the Defendants, John Heggarty and Timothy B. Dube, on the ground that he will no longer be associated with the law firm of Dwyer, Duddy and Facklam, P.C. after July 22, 2005. Matthew E. Dwyer, Esquire, will continue to represent the Defendant in this action.

        Respectfully submitted,
        For the Defendants,
        **John Heggarty and Timothy B. Dube,**
        By their attorneys,

        _____
        Matthew E. Dwyer (BBO# 139840)
        Brian M. Maser (BBO# 655667)
        Dwyer, Duddy and Facklam
        Attorneys At Law, P.C.
        Two Center Plaza, Suite 430
        Boston, MA 02108
        (617) 723-9777

Date: July 12, 2005
f:\lpa\gilbert\pldgs\not.wd.appear.bmm.doc

## CERTIFICATE OF SERVICE

I, Brian M. Maser, do hereby certify that I have served a true and accurate copy of the foregoing document upon Richard N. Foley, Esquire, 414 State Street, Portsmouth, NH 03801, this 12th day of July, 2005.

        _____
        Brian M. Maser