UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>    Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>    Defendants. | )<br>)<br>)<br>)  05-10746-RWZ<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendants, John Heggarty and Timothy Dube.

Respectfully Submitted,
For the Defendants,
**JOHN HAGGERTY and TIMOTHY DUBE,**
By their attorneys,

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini
BBO # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

Date:   November 29, 2005

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 29th day of November 2005, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini

f:\lpa\gilbert\pldgs\not.app.kap.doc:blg