UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>               Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE<br><br>               **Defendants.** | )<br>)<br>)<br>)  Civil Action No. 05-10746-RWZ<br>)<br>)<br>)<br>) |

## STATUS REPORT

In response to the Court's request for a status update, the Defendants hereby submit this status report. In this regard, the Defendants state as follows:

1. Counsel for the Defendants called counsel for the Plaintiff concerning the filing of this status report, but was not able to speak with Plaintiff's counsel

2. Despite the fact that the Plaintiff guaranteed that the discovery responses would be received by the Defendants by May 17, 2006, at the very latest, the Defendants did not receive the Plaintiff's responses to their discovery requests until Thursday, May 25, 2006.

3. The Defendants are currently reviewing the Plaintiffs' discovery responses and anticipate that they will know by Wednesday, June 7, 2006, whether they wish to engage in nay settlement discussions with the Plaintiff or would rather proceed to trial in this matter.

For the Defendants
**JOHN HEGGERTY and TIMOTHY DUBE**,
By their attorneys,

*Kathleen A. Pennini*
Matthew E. Dwyer
BBO # 139840
Kathleen A. Pennini
BBO # 654573
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 26th day of May 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\status.rpt.tocourt.doc