UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>            Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE<br><br>            Defendants. | Civil Action No. 05-10746-RWZ |

## STATUS REPORT

In response to the Court's request for a status update, the Defendants hereby submit this status report. In this regard, the Defendants state as follows:

1. The Defendants recently received the remainder of the Plaintiff's written discovery responses.

2. Counsel for the Defendants has spoken with the assistant for Plaintiff's counsel concerning the Plaintiff's demand in this matter, and to determine whether the Plaintiff will be making a revised demand

3. If a revised demand is offered, the Defendants anticipate that they quickly be able to determine whether they wish to engage in further settlement discussions with the Plaintiff or wish to proceed to trial in this matter.

For the Defendants
**JOHN HEGGERTY and TIMOTHY DUBE**,
By their attorneys,

*Kathleen A. Pennini*
Matthew E. Dwyer
BBO # 139840
Kathleen A. Pennini
BBO # 654573
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA  02108
617-723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, and electronic filing this 26th day of July 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\july2006.status.update.doc