UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>        Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>        Defendants. | Civil Action No. 05-10746-RWZ |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Defendants, John Heggarty and Timothy Dube, certify that they have complied with the provisions of Local Rule 7.1 regarding its motion to compel the production of certain medical, medical expense, and income tax records that were not included in the Plaintiff's response to the Defendants' request for the production of documents.

                                              Respectfully Submitted,
                                              For the Defendants,
                                              **JOHN HAGGERTY and TIMOTHY DUBE,**
                                              By their attorneys,

                                              */s/ Kathleen A. Pennini*
                                              Matthew E. Dwyer
                                              BBO #139840
                                              Kathleen A. Pennini
                                              BBO # 654573
                                              Dwyer, Duddy and Facklam
                                              Attorneys at Law, P.C.
                                              Two Center Plaza, Suite 430
                                              Boston, MA 02108
                                              617-723-9777

Date:  August 18, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 18th day of August 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\cert.compl.LR7.1.mot.ompel.prod.docs.doc