UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>           Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>           Defendants. | Civil Action No. 05-10746-RWZ |

**LIST OF ANTICIPATED WITNESSES AND EXHIBITS OF
DEFENDANTS JOHN HEGGARTY AND TIMOTHY DUBE**

Pursuant to F.R.Civ.P. 26(a)(3) the Defendants, John Heggarty and Timothy Dube, make the following pre-trial disclosures.

I.     ANTICIPATED WITNESSES

Defendants' list of anticipated witnesses includes the following:

1. Timothy Dube
   Lawrence Police Department
   90 Lowell Street
   Lawrence, MA 01840
   (978) 794-5800

2. John Heggarty
   Lawrence Police Department
   90 Lowell Street
   Lawrence, MA 01840
   (978) 794-5800

3. Carlos Cuerva
   Lawrence Police Department
   90 Lowell Street,
   Lawrence, MA 01840
   (978) 794-5800

1

4. Daniel Fitzpatrick
   Lawrence Police Department
   90 Lowell Street
   Lawrence, MA 01840
   (978) 794-5800

5. Michael Montecarvo
   Lawrence Police Department
   90 Lowell Street
   Lawrence, MA, 01840
   (978) 794-5800

6. Brenda Bartlett
   Lawrence Police Department
   90 Lowell Street
   Lawrence, MA 01840
   (978) 794-5800

7. Alan Andrews
   Lawrence Police Department
   90 Lowell Street
   Lawrence, MA 01840
   (978) 794-5800

8. Laurie Gilbert

Defendants, John Heggarty and Timothy Dube reserve the right to call additional witnesses, if necessary.

## II. ANTICIPATED EXHIBITS

The defendants propose to offer the following exhibits:

a) Booking Report, dated March 12, 2002, for Laurie Gilbert

b) Lawrence Police Department Evidence Log from the March 18, 2002 arrest of Laurie Gilbert;

c) Evidence results

d) Application for a criminal complaint against Laurie Gilbert, dated   March 18, 2002;

2

e) Criminal docket entries regarding <u>Commonwealth of Massachusetts v. Laurie Gilbert</u>, Lawrence District Court, Docket No. 0218 CR 2002.

f) Booking Report, dated March 18, 2002, concerning the booking of Laurie Gilbert;

g) Incident Report, dated March 18, 2002

h) Medical Report of Jason McLeod from Merrimack Valley Hospital, dated March 17, 2002

i) Various medical reports of Laurie Gilbert

j) Gilbert's Affidavit in support of the Motion to Suppress Evidence in <u>Commonwealth of Massachusetts v. Laurie Gilbert</u>, Lawrence District Court, Docket No. 0218 CR 2002

k) Motion to Suppress Evidence in <u>Commonwealth of Massachusetts v. Laurie Gilbert</u>, Lawrence District Court, Docket No. 0218 CR 2002

l) The Internet Movie Database (IMDb.com) biographical information of Brad Garrett

m) The Internet Movie Database (IMDb.com) biographical information of Ray Romano

n) Plaintiff's Responses to the Defendants' First Set of Interrogatories

o) Plaintiff's Responses to the Defendant's First Request for the Production of Documents

p) Assorted pleadings from case in Pike County Court of Common Pleas, Case No. 460-2003

q) Overtime slip for Brenda Bartlett for March 18, 2002

r)  Massachusetts General Laws, Chapter 269 § 10

s)  Transcript of October 1, 2002 Motion to Suppress Hearing in Commonwealth of Massachusetts v. Laurie Gilbert, Docket No. 0218 CR 2002.

Defendants, John Heggarty and Timothy Dube reserve the right to add to, supplement and/or modify the Exhibit List, if necessary.

> Respectfully submitted,
> For the Defendants,
> **JOHN HEGGARTY and TIMOTHY DUBE,**
> By their attorneys,
>
> */s/ Kathleen A. Pennini*
> Matthew E. Dwyer
> B.B.O. # 139840
> Kathleen A. Pennini
> B.B.O. # 654573
> Dwyer, Duddy and Facklam, P.C.
> Two Center Plaza, Suite 430
> Boston, MA 02108
> (617) 723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I have sent, via electronic filing and first-class mail, this document to:

Richard N. Foley, Esq.
414 State Street
Portsmouth, NH 03801

August 18, 2006

*/s/ Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\pretrial.witness.exhibit.disclosures.doc