UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSSETS


JASON MACLEOD                    }
    Plaintiff                }
                       }
v.                               }         DOCKET #: C.A. 05-10746-RWZ
                       }
JOHN HEGGARTY,                   }
TIMOTHY B. DUBE,                 )
    Defendants               }


**LIST OF ANTICIPATED WITNESSES AND EXHIBITS OF
PLAINTIFF, LAURIE GILBERT**

Pursuant to F.R.Civ.P. 26(a)(3), the Plaintiff, Laurie Gilbert, makes the following pre-trial disclosures.

**I.    ANTICIPATED WITNESSES**

The Plaintiff's list of anticipated witnesses includes the following:

1.    Laurie J. Gilbert
     10 Range Road
     Belmont, NH 03220

2.    Gregory S. Gilbert
     10 Range Road
     Belmont, NH 03220

3.    Frank & Norma Hildreth
     5251 Bay Road
     Sanbornton, NH 03269

4.    Teri Hoyt
     16 Kelly Road
     Plaistow, NH 03865

5.    Mary & Paul Ringer
     6 Nancy Drive
     Belmont, NH 03220

6.    Michael Hildreth
      777 Central Street
      Franklin, NH 03235

7.    Christopher Ringer
      224 Bay Road
      Sanbornton, NH 03269

8.    Thomas Scott
      Lakes Regional General Hospital
      Laconia, NH 03246

## II.    ANTICIPATED EXHIBITS

The Plaintiff proposes to offer the following exhibits:

A.    Various medical reports of Laurie Gilbert;

B.    Emergency room reports and photos;

C.    Various photos of the injuries received by Laurie Gilbert

The Plaintiff, Laurie Gilbert reserves the right to add to, supplement and/or modify the Exhibit List, if necessary.

Dated: August 23, 2006          Respectfully Submitted,
                                LAURIE GILBERT


                                /S/ Richard N. Foley, Esq.
                                By her attorney,
                                Law Offices of Richard N. Foley
                                414 State Street, Suite 2
                                Portsmouth, NH  03801
                                Tel: (603) 433-1303
                                Bar No. 553310

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served via electronic filing, fax and in hand to: Kathleen A. Pennini, Esq.


Dated: August 23, 2006          /S/ Richard N. Foley, Esq.