UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURIE GILBERT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10746-RWZ |
| | ) | |
| JOHN HEGGARTY and TIMOTHY DUBE, | ) | |
| Defendants. | ) | |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Defendants, John Heggarty and Timothy Dube, certify that they have complied

with the provisions of Local Rule 7.1 regarding their Motion for Sanctions for Plaintiff's

Failure to Disclose Medical Records.

Respectfully Submitted,
For the Defendants,
**JOHN HAGGERTY and TIMOTHY
DUBE,**
By their attorneys,

Matthew E. Dwyer
BBO #139840
Kathleen A. Pennini
BBO # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

Date:   August 30, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 30th day of August 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

_Kathleen A. Pennini_
Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\cert.compl.LR7.1.mot.sanctions.failure.disclose.doc