UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>                **Plaintiff,**<br><br>v.<br><br>**JOHN HEGGARTY and TIMOTHY DUBE**<br><br>               **Defendants.** | )<br>)<br>)<br>)   **Civil Action No. 05-10746-RWZ**<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR SANCTIONS FOR PLAINTIFF'S FRAUDULENT SUBMISSION OF MEDICAL EXPENSES

The Defendants, John Heggarty and Timothy Dube, hereby move, pursuant to F.R.Civ.P. 37 for the Court to impose numerous sanctions against the Plaintiff for the Plaintiff's fraudulent disclosure and submission of medical expenses. As grounds for this Motion, the Defendants state as follows:

1. In their First Request for the Production of Document to the Plaintiff, the Defendant also requested the following:

> Complete and itemized copies of any and all medical bills incurred by you or on behalf of you with regard to all injuries alleged to have been suffered by you and for which you are seeking recovery from the Defendants, from the date of each injury until the date such documents are produced.

   See Exhibit 1.

2. The Plaintiff subsequently produced a summary of medical expenses in response to this Request.

3. The summary of medical expenses contained expenses for numerous dates for which the Defendant had not received any medical reports from the Plaintiff. A true copy of the Plaintiff's summary of medical expenses is attached hereto as Exhibit 2.

1

4.  By letter dated July 31, 2006, the Defendants requested Plaintiff's medical reports for dates on which she had submitted medical expenses.

    A true copy of the Defendants' July 31, 2006 letter is attached hereto as Exhibit 3.

5.  At the pre-trial conference on August 23, 2006, Plaintiff's counsel provided Defendants' counsel with some of the requested medical reports

6.  Many of the medical visits for which medical expenses were provided in response to the Defendants' request are clearly not related to "injuries alleged to have been suffered by [the Plaintiff] and for which [the Plaintiff is] seeking recovery from the Defendants."

7.  The medical reports that correspond with the Plaintiff's medical expenses and which are clearly not related "to injuries alleged to have been suffered by [the Plaintiff] and for which [the Plaintiff is] seeking recovery from the Defendants" are as follows:

    a)  January 21, 2003 – Visit concerning checks for moles. A true copy of the Plaintiff's medical report for January 21, 2002 is attached hereto as Exhibit 4.

    b)  April 28, 2003 – Visit relating to sore throat and ear pain (pharyngitis). A true copy of the Plaintiff's medical report for April 28, 2003 is attached hereto as Exhibit 5

    c)  April 25, 2004 – Emergency room visit relating to dental pain (cavities). True copies of Plaintiff's medical records for April 25, 2004 emergency room visit are attached hereto as Exhibit 6

    d)  May 26, 2004 – Emergency room visit relating to anxiety attack suffered due to her son being in critical condition following a narcotic drug overdose. True copies of the Plaintiff's May 26, 2004 medical records are attached hereto as Exhibit 7.

e) June 8, 2004 – Emergency room visit relating to a shoulder injury caused while walking her dog. True copies of Plaintiff's medical records for her June 8, 2004 emergency room visit are attached hereto as Exhibit 8.

f) July 5, 2004 – Emergency room visit relating to a shoulder injury caused while walking her dog   True copies of Plaintiff's medical records for her July 5, 2005 emergency room visit are attached hereto as Exhibit 9.

g) August 30, 2004 – Emergency room visit relating to dental pain.  True copies of the Plaintiff's medical records for her August 30, 2004 emergency room visit are attached hereto as Exhibit 10.

h) August 31, 2004 – Emergency room visit relating to dental pain (dry socket). True copies of Plaintiff's medical records for her August 31, 2004 emergency room visit are attached hereto as Exhibit 11.

8. The Plaintiff engaged in fraudulent conduct by submitting medical expenses for the above-referenced medical issues which are clearly not related to the litigation in an attempt to perpetrate a fraud upon the Defendants and this Court.

Wherefore, the Defendants, John Heggarty and Timothy Dube, hereby move that the Court impose the following sanctions on the Plaintiff:

a) An Order dismissing this action in its entirety due to the Plaintiff's intentional and deliberate fraudulent conduct;

b) An Order dismissing the action in its entirety due to the Plaintiff's intentionally misleading disclosures to the Defendants.

c)    An Order requiring the Plaintiff to pay reasonable attorney's fees and expenses incurred by her submission of fraudulent medical expenses to the Defendants;

d)    An Order requiring the Plaintiff to pay reasonable attorney's fees and expenses incurred by her submission of fraudulent medical expenses to the Defendants and the costs associated with reviewing such medical documents and the motion to compel the production of such documents;

e)    An Order prohibiting the Plaintiff from denying that she intentionally disclosed false and misleading medical expenses to the Defendants;

f)    Inform the jury of the Plaintiff's intentional fraudulent conduct in making such disclosures.


Respectfully Submitted,
For the Defendants,
**JOHN HEGGARTY and TIMOTHY DUBE**,
By their attorneys,


Matthew E. Dwyer
BBO #139840
Kathleen A. Pennini
BBO # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

Date:   August 30, 2006

4

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via electronic filing, facsimile, and first class mail, postage prepaid, this 30th day of August 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801

Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\mot.sanctions.submission.fraud.med.expenses.doc

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

### DEFENDANTS' FIRST REQUEST FOR
### PRODUCTION OF DOCUMENTS TO PLAINTIFF LAURIE GILBERT

The Defendants, John Haggarty and Timothy Dube request, pursuant to Federal Rules of Civil Procedure Rule 34, that the Plaintiff, Laurie Gilbert produce for inspection and copying the following documents. The plaintiff, at his/her option may comply with the request by mailing copies of the requested documents to the undersigned counsel on or before the thirtieth day following service of this request. Defendants also request that the Plaintiff Laurie Gilbert also make a written response to these requests pursuant to Rule 34.

### Definitions and Instructions

### I.    INSTRUCTIONS

A.    If a privilege is asserted as a ground for not responding to an Interrogatory in whole or in part, describe the factual basis for the claim of privilege in sufficient detail as to permit the Court to adjudicate the validity of the claim of privilege.

B.    As to any document which is not in your possession or subject to your control, but which you know to exist, identify such document and indicate to the best of your ability its present or last known location and custodian.

C.    Where a document is supplied in response to an Interrogatory, set forth by number and subsection the Interrogatory to which it is supplied.

### II.    DEFINITIONS

A.    "Plaintiff" or "you" means Laurie Gilbert, her attorneys and agents.

B.    "Defendants" means: John Haggarty and Timothy B. Dube.

C.    "Complaint" means the complaint filed with the Essex County Superior Court and removed to the United States District Court for the District of Massachusetts in the above-captioned matter.

D.    "Document" means any written, printed, typed, recorded, filmed, photographed or graphic matter, whether produced on paper, cards, tapes, film, electronic facsimile, computer storage devices or other medium, including, but not limited to, employment records, personnel files, letters, memoranda, notes, minutes, records, recordings, audio tapes, photographs, video tapes, transcripts, correspondence, telegrams, bookkeeping entries, financial statements, cash receipt summaries, tax returns, checks, check stubs, reports, studies, charts, graphs, notebooks, applications, agreements, contracts, books, pamphlets, periodicals, filings, directives, announcements, rulings, schedules, standards, instructions, manuals, desk calendars, appointment books, diaries, computer printouts, computer-stored records, electronic records, data processing program libraries, data processing input and output, computer memories and the like, including, but not limited to, originals, drafts, duplicates, excerpts and summaries, which are not identical to the original due to corrections, alterations, notations, deletions, markings, underscoring, the attachment or enclosure of other documents, exhibits, appendices or otherwise. "Document" also means every copy of such writing or record where the original is not in the possession, custody or control of the Plaintiff.

E.    "Identify" or "identification" when used in reference to:

    (i)    A person who is a natural individual, means to state, to the extent known, his or her full name and present or last-known business and residential addresses, with the dates as to which the information was known specified, if present addresses are unknown;

2

  (ii) A person other than a natural individual, means to state, to the extent known, its full name, its present or last-known business address, and its nature or customary business description (e.g., partnership, corporation);

  (iii) A document, means to describe the nature (e.g., letter, handwritten notes, etc.) of the documents; its date; its contents; the identification of its author(s); addressee(s); and any recipients; its present location and custodian; and the manner and date of disposition of any document which once but is no longer in your possession or subject to your control.

F. Where a "date" is requested, it shall mean to provide the exact day, month and year; if such information cannot be ascertained, it shall mean to the best approximation.

G. The term "statement" shall mean an oral or written assertion.

H. The term "and" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside its scope. The term "any" shall include the word "all", and "all" shall include the word "any."

## DOCUMENT REQUESTS

1. Any and all medical records pertaining to any medical, psychological or psychiatric consultation or treatment sought or reviewed by you as a result of the events alleged in the complaint.

2. Complete and itemized copies of any and all medical bills incurred by you or on behalf of you with regard to all injuries alleged to have been suffered by you and for which you are seeking recovery from the Defendants from the date each injury was incurred until the date such documents are produced.

3

3. Any and all documents which evidence the amount of income loss or diminution of earning capacity that you have suffered, if any, and for which you are seeking recovery from the Defendants.

4. All documents which record or reflect any monetary losses for which you are seeking recovery from the Defendants in this matter.

5. All state and federal tax returns filed by you individually or jointly with another for years 2000 through the present.

6. All documents that concern, refer or relate in any way to your claims for damages as alleged in the complaint.

7. All documents which record or reflect your income and debts from January 1, 2002 through November 30, 2005.

8. Any and all documents that record or reflect communications between you and any other person (but not including your counsel) or governmental agency concerning, referring or relating in any way to the events alleged in the complaint.

9. Full and complete copies of any and all statements from any witnesses to any of the facts alleged in the complaint in this matter.

10. Any and all documents relating to any treatment of the ankle injury of Jason McLeod's referred to in your complaint

11. Any and all documents relating to criminal charges filed against you on or after March 18, 2002.

12. Any and all documents relating to the dismissal of criminal charges against you on or about April 26, 2002.

4

13.    All documents concerning any arrest of you by the Lawrence Police Department or any officer thereof anytime prior to the filing of your complaint in this matter, i.e., March 16, 2005.

14.    All and all documents concerning any arrest of you by any other law enforcement agency or official anytime prior to the filing of your complaint in this matter, i.e., March 16, 2005.

15.    All documents concerning occasions on which you were held in the custody of the Lawrence Police Department or any officer thereof anytime prior to the filing of your complaint in this matter, i.e., March 16, 2005.

16.    All documents concerning occasions on which you were held in the custody of any other law enforcement agency or official anytime prior to the filing of your amended complaint in this matter, i.e., March 16, 2005.

17.    All documents which you referred to or relied upon in naming the defendants in this matter.

18.    Any and all documents supporting your allegations that the Defendants fabricated evidence against you.

19.    Any and all documents not covered by the above requests which you intend to rely upon in support of your allegations against the Defendants.

20.    Any and all documents that were consulted or reviewed by you in answering your interrogatories.

Respectfully Submitted,
For the Defendants,
**JOHN HAGGERTY and TIMOTHY DUBE**,
By their attorneys,

*Kathleen A. Pennini*
Matthew E. Dwyer
BBO #139840
Kathleen A. Pennini
BBO # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

Date:   November 29, 2005

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 29th day of November 2005, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

*Kathleen A. Pennini*
Kathleen A. Pennini

f:\lpa\gilbert\pldgs\firts.req.prod.docs.gilbert.doc:blg

6

LAURIE J. GILBERT
D/A: 03/18/02

## I. MEDICAL EXPENSES SUMMARY

Facility: **LAKES REGION GENERAL HOSPITAL**
**80 Highland Street**
**Laconia, NH 03246**
**Tel: (603) 524-3211**

| DOS | Treatment | Cost |
|---|---|---|
| 03/19/02 | Emergency Room Visit | $ 135.88 |
| 03/21/02 | Emergency Room Visit | $ 1,304.27 |
| 03/24/02 | Emergency Room Visit - Ambulance | $ 328.11 |
| 04/17/03 | PT | $ 263.90 |
| 05/01/03 | PT | $ 749.12 |
| 06/01/03 | PT | $ 795.02 |
| 07/01/03 | PT | $ 311.40 |
| 04/25/04 | ER | $ 321.75 |
| 05/26/04 | ER | $ 368.93 |
| 06/08/04 | ER | $ 318.39 |
| 07/09/04 | MRI | $ 1,521.00 |
| 08/30/04 | ER | $ 318.39 |
| 08/31/04 | ER | $ 319.29 |
| 02/24/05 | EFT | $ 61.32 |
| 02/27/05 | EFT | $ 61.32 |
| | Subtotal | $7,178.09 |

Facility: **RICHARD O'BRIEN, M.D.**
**P.O. Box 1327**
**Laconia, NH 03247**
**Tel: (603)**

| DOS | Treatment | Cost |
|---|---|---|
| 12/06/02 | Office Visit | $ 124.00 |
| 01/07/03 | Office Visit | $ 68.00 |
| 01/21/03 | Office Visit | $ 50.00 |
| 02/25/03 | Office Visit | $ 68.00 |
| 03/24/03 | Office Visit | $ 68.00 |
| 04/28/03 | Office Visit | $ 68.00 |
| 05/06/03 | Office Visit | $ 68.00 |
| 06/05/03 | Office Visit | $ 107.00 |
| 06/26/03 | Office Visit | $ 68.00 |
| 07/14/03 | Office Visit | $ 68.00 |

| 07/24/03 | Office Visit | $ | 50.00 ✓ | |
|---|---|---|---|---|
| | | Subtotal | | **$807.00** |

| Facility: | WALMART - PRESCRIPTIONS | | | |
|---|---|---|---|---|
| | 39 East Main Street | | | |
| | Tilton, NH 03276 | | | |
| | Tel: (603) 286-3480 | | | |

| DOS | Treatment | Cost | |
|---|---|---|---|
| 02/13/03 | Trazodone | $ | 12.54 |
| | | Subtotal | **$12.54** |

| Facility: | FLOWER PHARMACY - PRESCRIPTIONS | | | |
|---|---|---|---|---|
| | 87 Spring Street | | | |
| | Laconia, NH 03246 | | | |
| | Tel: (603) 524-4500 | | | |

| DOS | Treatment | Cost | |
|---|---|---|---|
| 03/19/02 through 11/28/05 - Prescriptions | | $ | 4,406.19 |
| 01/03/06 through 05/12/06 - Prescriptions | | $ | 1,054.05 |
| | | Subtotal | **$5,460.24** |

| Facility: | JAMES M. TRICE, M.D. | | | |
|---|---|---|---|---|
| | ORTHOPEDIC PROFESSIONAL ASS. | | | |
| | 14 Maple Street, Suite 100 | | | |
| | Gilford, NH 03249 | | | |
| | Tel: (603) 528-9100 | | | |

| DOS | Treatment | Cost | |
|---|---|---|---|
| 09/29/03 | Office Visit | $ | 185.00 |
| 06/29/04 | Office Visit | $ | 108.00 |
| | | Subtotal | **$293.00** |

| | | TOTAL MEDICAL EXPENSES | **$13,750.87** |
|---|---|---|---|

# DWYER, DUDDY and FACKLAM
## ATTORNEYS AT LAW, P.C.
TWO CENTER PLAZA, SUITE 430
BOSTON, MASSACHUSETTS 02108-1804

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
KATHLEEN A. PENNINI
BRIAN P. FOX
†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

TEL 617-723-9777

FAX 617-227-8692

July 31, 2006

***VIA FACSIMILE (603) 433-1214 AND FIRST CLASS MAIL***

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801

   **Re:**  <u>**Gilbert v. Heggarty, et al.**</u>
       United States District Court
       C.A. No. 05-10746-RWZ

Dear Attorney Foley:

   I have received a number of medical reports in response to the Defendants' Request for the Production of Documents. Nonetheless, it appears that medical reports are missing for a significant amount of medical visits for which the Plaintiff submitted medical expense information. Although the Plaintiff may contend that the visits for which no written reports were submitted are related to her arrest of March 18, 2002, the Defendants would not assent to the Plaintiff's self-serving characterizations, and demand to see such reports. As such, I respectfully request medical reports from the following dates:

   **Lakes Region General Hospital**: (1) March 21, 2002; (2) March 24, 2002; (3) April 17, 2003; (4) May 1, 2003; (5) June 1, 2003; (6) July 1, 2003; (7) April 25, 2004; (8) May 26, 2004; (9) June 8, 2004; (10) July 9, 2004; (11) August 30, 2004; (12) August 31, 2004; an d(13) February 25, 2005.

   **Dr. Richard O'Brien:** (1) January 7, 2003; (2) January 21, 2003; (3) March 24, 2003; (4) April 28, 2003; (5) May 6, 2003; (6) July 14, 2003; and (7) July 24, 2003.

   **Dr. James Trice**: (1) June 29, 2003



7 31-06
10 30 AM
Foley

# DWYER, DUDDY and FACKLAM

Richard Foley
July 31, 2006
Page 2

The failure of the Plaintiff to submit these documents with the rest of her document request means that the Plaintiff has not complied with the Rule 34 request. As such, I will file a motion with the Court to compel the production of these documents if they have not been received by me by **August 14, 2006**.

In addition, I also request that more detailed billing statements by produced as the bills that were submitted by the Plaintiff in the document request. The bare bones billing summaries provided by the Plaintiff are insufficient to establish that such expenses are related to this litigation. As with the medical reports, I request that these documents be submitted by **August 14, 2006**.

Thank you for your attention to this matter.

Very truly yours,

Kathleen A. Pennini

cc:     John Heggarty, LPD
        Timothy Dube, LPD

F:\LPA\Gilbert\ltrs\07.31.06.foley.req.med.reports.doc

January 21, 2003

Laurie Gilbert                              DOB:  08/25/61

SUBJECTIVE:    Here for a mold check.  At her last visit, she and her husband failed to ask me about some nevi that she had.  Her husband thought she had an unusual number of nevi.

OBJECTIVE:    On examination, she has a few scattered nevi on the trunk, back, front and otherwise a couple on the extremities but nothing that are appearing dysplastic.  She does have one rather dark nevus on the Rt breast. I asked her to schedule a biopsy to have that removed but I suspect it is probably going to be benign.  But given its dark color that is dramatically different from the other nevi it appears wise to probably take it off.

PLAN:    Just advised to be on the alert and observe for any other changes in any of the moles and were told what to look for.  Also gave them a prescription.

/kdw                                  Richard O'Brien, M.D.

April 28, 2003

Laurie Gilbert                                    DOB:


SUBJECTIVE: Here for a sore throat and Rt ear pain x 2 days.  She also feels
dizzy on and off.  She has frequent bouts of a wetness sensation in her Rt
ear.  Water does get into her ear while showering.  She has used Excedrin
Migraine with minimal effect.  She complains of a bilateral temporal
headache.  Smokes one pack of cigarettes per day.  Denies cough or PND.  Pt
also believes she has TMJ and has been told that she grinds her teeth and
clenches her jaw.  She is in the process of getting a mouth guard.

PHYSICAL EXAMINATION:  BP: 120/80.  Temp: 99.1.  No pallor, cyanosis, NAD. Rt
ear canal and TM are pale with a small amount of clear fluid noted in the ear
canal anterior to the TM.  The TM is pearly gray in appearance and has a good
light reflex.  The LT TM: WNL.  Nasal turbinates: somewhat erythematous and
swollen.  Pharynx: no acute erythema, exudate or edema.  No cervical
adenopathy.  Neck: supple.  She had minimal tenderness over the Rt TMJ.  No
maxillary or frontal sinus pain with palpation.  Lungs: diminished air entry
bilaterally but no wheezes, rales or rhonchi.

ASSESSMENT:      1)   Pharyngitis.
                 2)   Rt OE.
                 3)   Low-grade fever.

PLAN:  Drink plenty of clear liquids.  Ibuprofen for TMJ and ear pain.
Solution of alcohol and white vinegar eardrops.  Smoking cessation advised.
Advised mouth guard.  Call if her symptoms do not improve or become worse
over the next few days.

/kdw                              Denise Naiva, ARNP


                                 _Denise L Naiva_

                                 MAY 0 7 2003

Lakes Region General Hospital - Emergency Department
80 Highland Street, Laconia, NH. 03246
(603)52`-3211
Patient: Laurie Gilbert, Date: 04/25/2004  Time: 05:28
Discharge Instructions

**IMPORTANT:** We examined and treated you today on an
emergency basis only. This was not a substitute for,
or an effort to provide, complete medical care. In
most cases, you must let your doctor check you again.
Tell your doctor about any new or lasting problems. We
cannot recognize and treat all injuries or illnesses
in one Emergency Department visit. If you had special
tests, such as EKG's or X-rays, we will review them
again within 24 hours. We will call you if there are
any new suggestions. After you leave, you should
**follow the instructions below.**

You were treated today by DANIEL KALLMERTEN, MD.

**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
Call as soon as possible to make an appointment to see
your doctor in 2 days.  You can reach your doctor by
calling their clinic phone number.

Please return to the Emergency Department if your
symptoms get worse.

**THIS INFORMATION IS ABOUT YOUR DIAGNOSIS**
**DENTAL CARIES** (Cavities).
Today the doctor has found that you have cavities.
Parts of your teeth have started to decay.  This will
not heal by itself.  Cavities get worse if not
treated.  You should see a dentist soon.  We cannot
treat cavities in the Emergency Department.

**Do the following to prevent and control cavities:**
* Brush your teeth often, especially after sugary
  meals and snacks.
* See your dentist regularly.
* Call as soon as possible to make an appointment to
  see a dentist.

**Call your dentist if you have:**
* increased pain.
* fever.
* any new or severe symptoms.

**THIS INFORMATION IS ABOUT YOUR MEDICINE**
**\*BE SURE TO FOLLOW YOUR PHARMACIST'S INSTRUCTIONS AS**
**THEY MAY VARY FROM THE INSTRUCTIONS BELOW\***
**OXYCODONE WITH ACETAMINOPHEN** (Percocet, Tylox,
Roxicet).

Take this medicine by mouth in the following dose: 1
tablet every 4 hours if needed for pain.

This is a strong pain medicine. Side effects may
include: sleepiness, dizziness, constipation (hard
stools), dry mouth, upset stomach or blurred vision.
Allergy would show up as: **rash or itching, wheezing or
shortness of breath.** This medicine can be habit
forming if used for a long period of time.

**Follow these instructions:**
* Talk with your doctor **before** taking other medicines
  (including over-the-counter medicines).
* Sit or stand **slowly** to avoid dizziness.
* Use gum, hard candy or ice chips for a dry mouth.
* Store this medicine away from heat, moisture or
  direct light.
* Take this medicine **with food** to avoid an upset
  stomach.
* Watch for signs of dependence. They include:
  * feeling that you "cannot live without this
    medicine".
  * you need more of this medicine than before
    to get the same relief.
  Do not drink alcohol, drive or operate machinery
while taking this medicine.

**Call your doctor if you have:**
* any sign of allergy.
* any sign of dependence.
* pain not helped by the pain medicine.
* any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.**
Follow the above instructions carefully. Take your
medicines as prescribed. Most important, see a doctor
again as discussed. If you have problems that we have
not discussed, **call or visit your doctor right away.**
If you cannot reach your doctor, return to the
Emergency Department.

**"I have received this information and my questions
have been answered.  I have discussed any challenges I
see with this plan with the nurse or physician."**

_Laurie Gilbert_

Laurie Gilbert or Responsible Person

**Laurie Gilbert or Responsible Person** has received this
information and tells me that all questions have been
answered.

0538

RN Staff Signature____

Portions Copyrighted 1987-2004, LOGICARE Corporation Page 1 of 1

MEDICAL RECORD NO.

| ACCOUNT NUMBER | ADMIT DATE | TIME | | | | | SMOKE MIS | SEX | PER PHYSICIAN | | 76936 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 906785662 | 04/25/2004 | 04:57 | | | | | | ER OF C | KH1 | | |

| BIRTHDATE | AGE | PRIMARY CARE PROVIDER | | | | SMOKE | SEX | | PER PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/25/61 | 042Y | NO PCP LISTED, NO PCP | 1 | SP | Y | M | F | KALLMERTEN, DANIEL H |

**NAME & ADDRESS**

GILBERT, LAURIE J          603-524-6263
10 RANGE RD
BELMONT, NH 03220          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

**RELATIVE NAME & ADDRESS** — PHONE/REL.

RINGER, MARY ELLEN          603-528-4047
6 NANCY DR                  NATURAL CHIL
BELMONT, NH 03220

**GUARANTOR** — PHONE/SOC. SEC. NO.

GILBERT, LAURIE J          603-524-6263
10 RANGE RD
BELMONT, NH 03220          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

**CHIEF COMPLAINT: (ACKNOWLEDGE)**

DENTAL PAIN
Pub in Dir? Y Pub to Clergy? Y

| ADV DIR | REQU INFO | CM REF | PUB DIR | PUB CLERGY |
|---|---|---|---|---|

| TIME | T | P | R | B/P | WT |
|---|---|---|---|---|---|

ALLERGIES:

HISTORY - PAST MEDICAL          FAMILY          SOCIAL

CONSULT ☐ YES ☐ NO
NAME _____
TIME CALLED _____
TIME ARRIVED _____

**REVIEW OF SYSTEMS: ✓ BOX FOR   ☐ NORMAL      ☐ ABNORMAL**

ALL OTHER SYSTEMS ARE NORMAL ☐

| N A | N A | N A | N A | N A |
|---|---|---|---|---|
| ☐ GENERAL SYMPTOMS | ☐☐ CARDIOVASCULAR | ☐ NEUROLOGIC | ☐☐ HEMA/LYMPH | ☐☐ ALLER/IMMUN |
| ☐ EYES | ☐☐ RESPIRATORY | ☐☐ MUSCULOSKEL | ☐☐ PSYCHIATRIC | ☐☐ G.U. |
| ☐ ENT | ☐☐ GASTROINTEST | ☐☐ SKIN/INTEGUM | ☐☐ ENDOCRINE | |

STATE REASON IF UNABLE TO DO COMPLETE ROS OR PAST, FAM, SOC. HIST LEVEL 5 ONLY

**ASSESSMENT/COMPLEXITY OF DECISION MAKING/RULE OUT:**

**FINAL DIAGNOSIS:** _Pulpalgia 2° Caries_

**PLAN/PROCEDURES:**

CRITICAL CARE ☐ YES TIME _____    RADIO CONTROL/ACLS ☐ YES    DICTATED ☐    COMPLETED ☐

**M.D. ORDERS**

| | INIT | TIME | | | INIT | TIME |
|---|---|---|---|---|---|---|
| Percocet Disp #3 | | | 7. | | | |
| | | | 8. | | | |
| | | | 9. | | | |
| | | | 10. | | | |
| | | | 11. | | | |
| | | | 12. | | | |

**INSTRUCTIONS/EDUCATION/RX:**

Percocet ___
f/u ___ Dr Finn

**I HEREBY ACKNOWLEDGE AND UNDERSTAND THE ABOVE INSTRUCTIONS**

SIGNATURE: X          MD SIGNATURE: _____

CHART/READ REVERSE

# LAKES REGION GENERAL HOSPITAL LACONIA, N.H. 03246    EMERGENCY ROOM/WALK-IN CARE RECORD

| | ACCIDENT NUMBER | ADMIT DATE | | VISIT TIME | ACCIDENT DATE | | | TYPE | OF | C | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **P** | 906919527 | 05/26/2004 15:29 | | | / / | | ER | OF | C | TGH | 76936 |

| | BIRTHDATE | AGE | PRIMARY CARE PROVIDER | | DIAG/LMD | SMOKE | WS | SEX | ER PHYSICIAN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | 08/25/61 | 042Y | NO PCP LISTED, NO PCP | 1 | SP | Y | M | F | KANE, ANDREW | | |

**T**

| NAME & ADDRESS | PHONE/SOC. SEC. NO. | RELATIVE NAME & ADDRESS | PHONE/REL. |
|---|---|---|---|
| GILBERT, LAURIE J | 603-524-6263 | RINGER, MARY ELLEN | 603-528-4047 |
| 10 RANGE RD | | 6 NANCY DR | NATURAL CHIL |
| BELMONT, NH 03220 | 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 | BELMONT, NH 03220 | |

**I N S**

| 1 | | GUARANTOR | | PHONE/SOC. SEC. NO. |
|---|---|---|---|---|
| 2 | | GILBERT, LAURIE J | | 603-524-6263 |
| 3 | | 10 RANGE RD | | 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 |
| | | BELMONT, NH 03220 | | |

| CHIEF COMPLAINT: (ACKNOWLEDGE) | | TIME | T | P | R | B/P | WT |
|---|---|---|---|---|---|---|---|
| UPSET | | | | | | | |
| Pub in Dir? Y  Pub to Clergy? N | | | | | | | |

| ADV DIR | REQU INFO | CM REF | PUB DIR | PUB CLERGY | ALLERGIES: |
|---|---|---|---|---|---|

| HISTORY - PAST MEDICAL | FAMILY | SOCIAL | CONSULT ☐ YES ☐ NO |
|---|---|---|---|
| | | | NAME _____ |
| | | | TIME CALLED _____ |
| | | | TIME ARRIVED _____ |

**REVIEW OF SYSTEMS:** ✓ BOX FOR    ☐ NORMAL    ☐ ABNORMAL

|  | N A | N A | . N A | N A    ALL OTHER SYSTEMS ARE NORMAL ☐ |
|---|---|---|---|---|
| ☐ GENERAL SYMPTOMS | ☐☐ CARDIOVASCULAR | ☐☐ NEUROLOGIC | ☐☐ HEMA/LYMPH | ☐☐ ALLER/IMMUN |
| ☐ EYES | ☐☐ RESPIRATORY | ☐☐ MUSCULOSKEL | ☐☐ PSYCHIATRIC | ☐☐ G. U. |
| ☐ ENT | ☐☐ GASTROINTEST | ☐☐ SKIN/INTEGUM | ☐☐ ENDOCRINE | |

**STATE REASON IF UNABLE TO DO COMPLETE ROS OR PAST, FAM. SOC. HIST.-LEVEL 5 ONLY**

**ASSESSMENT/COMPLEXITY OF DECISION MAKING/RULE OUT:**

**FINAL DIAGNOSIS:** _Anxiety/stress react 2° son in critical condition_

**PLAN/PROCEDURES:** _Xanax 0.5mg TID — x #6_

| CRITICAL CARE ☐ YES TIME | RADIO CONTROL/ACLS ☐ YES | DICTATED ☒ | COMPLETED ☐ |
|---|---|---|---|

**M.D. ORDERS**

| | INIT | TIME | | | INIT | TIME |
|---|---|---|---|---|---|---|
| _Ativan 1mg im_ | Sm | 1615 | | | | |
| | | | 7. | | | |
| | | | 8. | | | |
| | | | 9. | | | |
| | | | 10. | | | |
| | | | 11. | | | |
| | | | 12. | | | |

**INSTRUCTIONS/EDUCATION/RX:**

_F/U PCP INBB—28_

**I HEREBY ACKNOWLEDGE AND UNDERSTAND THE ABOVE INSTRUCTIONS**

MD SIGNATURE:



**EMERGENCY ROOM RECORD**

80 Highland Street
Laconia, NH 03246

```
PATIENT NAME:        Gilbert, Laurie J
MEDICAL RECORD NO:   076936
ACCOUNT NO:          906919527
BIRTH DATE:          08/25/1961
PHYSICIAN:           Scott D. Hobson, MD
DATE:                05/26/2004
```

This 42 year old white female is here saying she is having a melt down. She is very worried because her son is in the midst of a very serious narcotic overdose, and they are not sure if he will live or not and she is distraught.

**PAST MEDICAL HISTORY:** She already has a past history of depression, migraines, fibromyalgia, chronic low back pain.

**CURRENT MEDICATIONS:** She is on Lexipro and Percocet.

**ALLERGIES:** Allergic to codeine and Amitriptyline.

**OBJECTIVE:** Temperature 36.9, pulse 70, respirations 18, blood pressure 131/70. This is a white female, crying, sobbing, very upset. Skin color okay, skin dry. She says she is having a hard time breathing, but she is pink and she hs good capillary refill.

**NECK:** Supple. No JVD.

**LUNGS:** Clear, no wheezes, rhonchi, rales or rubs.

**HEART:** Normal sinus rhythm without murmur or gallop.

**FINAL DIAGNOSIS:** Anxiety, stress reaction secondary to her son in critical condition.

**PLAN:** Ativan 1 mg IM, then Xanax 0.5 mg t.i.d. p.r.n. symptoms, #6. She will follow-up with her PCP if no better by 05/28/04.

**CODE:** Level 3.

**ORIGINAL**

Gilbert, Laurie J
Page 2 of 2
Scott D. Hobson, MD

Scott D. Hobson, MD

D:    05/26/2004
T:    05/28/2004 10:35 A
med/608188
cc:

**ORIGINAL**

**LRGHealthcare**
**EMERGENCY DEPARTMENT RECORD**

Acct# 906919527  MRN#  76936
GILBERT, LAURIE J
10 RANGE RD
BELMONT, NH 03220
HIC#          Adm:05/26/04

PATIENT NAME _____
Date  _5-26-04_
PCP  _NLMD_

| Triage Time: 1530 | Time to Room: 1540 | Acuity Level: III | Condition on Arrival: fair | Mode of Arrival: ☒ Ambulatory  ☐ W/C  ☐ Carried  ☐ Ambulance |
|---|---|---|---|---|

Chief Complaint: _Pt upset re: son's illness v requesting meds/Linda Auersork_
_Anxiety due to critical condition of_
_son_

ALLERGIES (Meds., Food, Environmental): _Codeine  Amitriptyline_

Latex Allergy ☐ Yes ☒ No   Exposure to infectious disease ☒ Yes ☐ No  ?

PMHX: _depression  Migraines        hysterectomy_
_Fibromyalgia  chronic back pain_

Current Medications (Dose &Frequency): _Percocet      Lexapro_

| Time 1540 | T 36¹ | P 70 | R 18 | BP 131/70 | Sp02 NA | Pain Level 0-10 N/A |
|---|---|---|---|---|---|---|

Is there anyone in your home being Hurt, Hit, Threatened, Frightened or Neglected? ☐ Yes ☒ No

| High Risk Fall? ☒ Yes ☐ No | LMP ⊗ | EMS Service ___ |
|---|---|---|
| Safety per LRGH ☒ | Tetanus ⊗ | Tx: ☐ Blood Drawn  ☐ C-Collar  ☐ IV |
| Smoker ☒ Yes ☐ No  PPD 1 | Immunizations UTD ⊗ | ☐ Meds  ☐ Monitor  ☐ Splint |
|  | Weight 133 lb | ☐ O2  ☐ BB  ☐ Other |

Triage Sig: _Pennellin_   Team Members: _Smeeney n_

**CHEST ASSESSMENTS** ☒ N/A

| | R | L |
|---|---|---|
| Clear | ☐ | ☐ |
| Rales | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezes | ☐ | ☐ |
| Stridor | ☐ | ☐ |
| Absent | ☐ | ☐ |

Breathing
☐ Normal          ☐ SPO₂ ___
☐ Labored          On ___
☐ Nasal Flaring     O₂ N/C
☐ Expiratory grunt  @ ___
☐ Retractions       NRBM @ ___
Chest Expansion
☐ Symmetrical
☐ Asymmetrical          Init
Cardiac Monitor Rhythm ☒ N/A  ☐ See Monitor Strip

**SKIN** ☐ N/A

☒ Warm      ☐ Ashen
☐ Cool      ☐ Mottled
☐ Hot       ☐ Jaundice
            ☐ Cyanotic
☒ Dry       ☐ Diaphoretic
☐ Flakey    ☐ Pale
☐ Moist     ☐ Flushed
Cap Fill    ☒ Pink
☐ <2 Sec
☐ >2 Sec

**ABDOMEN** ☒ N/A

Bowel sounds ☐ Present ☐ Absent
Tenderness ☐ LLQ ☐ RUQ ☐ LUQ ☐ RLQ
Appearance ☐ Soft ☐ Rigid ☐ Distended
Last BM ___          Init

**MUSCULAR SKELETAL** ☒ N/A

☐ Limited Movement of _____
☐ Pain ____ (0-10)
☐ Swelling
☐ Deformity
☐ Rotation
CSM ☐ intact ☐ Compromised     Init

**INTEGUMENTARY** ☒ N/A

☐ Integument intact ☐ Avulsion
☐ Laceration ☐ Puncture wound(s)
☐ Abrasion                Init

**BLEEDING** ☐ N/A

☐ None ☐ Controlled ☐ Non controlled    Init

**NEUROLOGICAL** ☐ N/A

Best Verbal Response
☒ Oriented  ☐ Alert
☐ Confused  ☐ incomprehensible
☐ Inappropriate  ☐ None

Eyes
☒ Spontaneous
☐ To Speech  ☐ To Pain  ☐ None

Behavior
☒ Cooperative  ☐ Angry  ☐ Agitated
☐ Uncooperative  ☐ Crying  ☐ Anxious
☐ Combative  ☐ Depressed

Best Motor Response
☒ Obeys command  ☐ Localized pain
☐ Withdrawn  ☐ Flexion to pain
☐ Extension to pain  ☐ None

Pupils
☒ Perrl  size ___ mm  ☐ Brisk response
☐ Unequal  ☐ Sluggish
☐ Not reactive  ☐ Fixed     Init

Moves all extremities equally ☐ Y ☐ N
Facial Droop ☐ Y ☐ N
Pronator Drift ☐ Y ☐ N
Speech Clear ☐ Y ☐ N

Monitor Strip

Lakes Region General Hospital – Emergency Department
80 Highland Street, Laconia, NH. 03246
(603)524-3211
Patient: Laurie Gilbert, Date: 05/26/2004  Time: 16:02
Discharge Instructions

**IMPORTANT:** We examined and treated you today on an
emergency basis only. This was not a substitute for,
or an effort to provide, complete medical care. In
most cases, you must let your doctor check you again.
Tell your doctor about any new or lasting problems. We
cannot recognize and treat all injuries or illnesses
in one Emergency Department visit. If you had special
tests, such as EKG's or X-rays, we will review them
again within 24 hours. We will call you if there are
any new suggestions. After you leave, you should
**follow the instructions below.**

You were treated today by SCOTT HOBSON, MD.


**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
If you need help in choosing a Primary Care Provider,
you may call our Care Manager at LRGH, LACONIA, NH,
03246, (603)527-7151.


Please return to the Emergency Department if your
symptoms get worse.


**THIS INFORMATION IS ABOUT YOUR DIAGNOSIS**
ANXIETY (Nervousness).
Anxiety is a strong, uneasy feeling.  You, like many
people, have physical symptoms when you get anxious.
Though you are uncomfortable, we did not find any
harmful cause for your symptoms today.

**Do the following:**
* See your doctor **regularly.**
* Try ways to relax.
* Eat a balanced diet.
* Avoid stressful situations if possible.

**Call your doctor if you have:**
* trouble sleeping or eating.
* any new or severe symptoms.

**THIS INFORMATION IS ABOUT YOUR MEDICINE**
*BE SURE TO FOLLOW YOUR PHARMACIST'S INSTRUCTIONS AS
THEY MAY VARY FROM THE INSTRUCTIONS BELOW*
ALPRAZOLAM (Xanax).

Take this medicine **exactly as prescribed** in the
following dose: 0.5 mg by mouth (1 tablet) 3 times a
day.

This medicine will help you feel calm and relaxed.  At
first, it will make you sleepy. Other side effects may
include: dizziness, confusion, headache, clumsiness or
dry mouth.  Allergy would show up as: **rash or itching,
wheezing or shortness of breath**. This medicine can be
habit forming if used for a long period of time.

**Follow these instructions:**
* See your doctor **regularly.**

* Do not change the dose or stop taking this medicine
  without talking with your doctor.
* Store this medicine away from heat, moisture or
  direct light.
* If you miss a dose, take it as soon as possible.  If
  it is almost time for your next dose, skip the
  missed dose. Do not double the doses.
* Sit or stand **slowly** to avoid dizziness.
* Use gum, hard candy or ice chips for a dry mouth.
* Watch for signs of dependence:
  * feeling that you "cannot live without this
    medicine".
  * you need more of this medicine than before
    to get the same relief.
* Do not drink alcohol, drive or operate machinery
  while taking this medicine.

**Call your doctor if you have:**
* any sign of allergy.
* any sign of dependence.
* any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.**
Follow the above instructions carefully. Take your
medicines as prescribed. Most important, see a doctor
again as discussed. If you have problems that we have
not discussed, **call or visit your doctor right away.**
If you cannot reach your doctor, return to the
Emergency Department.

**"I have received this information and my questions
have been answered.  I have discussed any challenges
see with this plan with the nurse or physician."**

X _Laurie Gilbert_____

Laurie Gilbert or Responsible Person

**Laurie** Gilbert or Responsible Person has received this
information and tells me that all questions have been
answered.

_Kim McCurdy_____
        RN Staff Signature____

1640

**Portions Copyrighted 1987-2004, LOGICARE Corporation Page 1 of 1**

| | | | | ACC. TIME | ACCIDENT DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**P A T I E N T**

| ACCOUNT NUMBER | ADMIT DATE | | ACC. TIME | ACCIDENT DATE | | SV | TYPE | PAGE | CLERK | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 906974597 | 06/08/2004 13:49 | | : | / / | | ER | OF | C | JLK | 76936 |

| BIRTH DATE | AGE | PRIMARY CARE PROVIDER | MIN | REL | SMOKE | MS | SEX | P.P. PHYSICIAN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/25/61 | 042Y | NO PCP LISTED, NO PCP | 1 | SP | Y | M | F | JEFFERY, BRIAN J. | | | |

| NAME & ADDRESS | PHONE/SOC. SEC. NO. | RELATIVE NAME & ADDRESS | PHONE/REL. |
|---|---|---|---|
| GILBERT, LAURIE J | 603-524-6263 | RINGER, MARY ELLEN | 603-528-4047 |
| 10 RANGE RD | | 6 NANCY DR | NATURAL CHIL |
| BELMONT, NH 03220 | 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 | BELMONT, NH 03220 | |

**I N S**

| | GUARANTOR | PHONE/SOC. SEC. NO. |
|---|---|---|
| 1 | | |
| 2 | GILBERT, LAURIE J | 603-524-6263 |
| 3 | 10 RANGE RD | 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 |
| | BELMONT, NH 03220 | |

FAXED 6.8.04 DPA

| CHIEF COMPLAINT: (ACKNOWLEDGE) | | TIME | T | P | R | B/P | WT |
|---|---|---|---|---|---|---|---|
| RIGHT SHOULDER PAIN | | | | | | | |
| Pub in Dir? Y   Pub to Clergy? Y | | | | | | | |

| ADV DIR | REQU INFO | CM REF | PUB DIR | PUB CLERGY | ALLERGIES: |
|---|---|---|---|---|---|
| | | | | | |

| HISTORY - PAST MEDICAL | FAMILY | SOCIAL | CONSULT ☐ YES ☐ NO |
|---|---|---|---|
| | | | NAME _____ |
| | | | TIME CALLED _____ |
| | | | TIME ARRIVED _____ |

**REVIEW OF SYSTEMS:** ✓ BOX FOR   ☐ NORMAL   ☐ ABNORMAL

| A | N A | N A | N A | N A   ALL OTHER SYSTEMS ARE NORMAL ☐ |
|---|---|---|---|---|
| ☐ GENERAL SYMPTOMS | ☐☐ CARDIOVASCULAR | ☐☐ NEUROLOGIC | ☐☐ HEMA/LYMPH | ☐☐ ALLER/IMMUN |
| ☐ EYES | ☐☐ RESPIRATORY | ☐☐ MUSCULOSKEL | ☐☐ PSYCHIATRIC | ☐☐ G.U. |
| ☐ ENT | ☐☐ GASTROINTEST | ☐☐ SKIN/INTEGUM | ☐☐ ENDOCRINE | |

STATE REASON IF UNABLE TO DO COMPLETE ROS OR PAST, FAM, SOC. HIST.-LEVEL 5 ONLY

ASSESSMENT/COMPLEXITY OF DECISION MAKING/RULE OUT:

FINAL DIAGNOSIS: ℞ Shoulder injury

PLAN/PROCEDURES:

| CRITICAL CARE ☐ YES TIME _____ | RADIO CONTROL/ACLS ☐ YES | DICTATED | COMPLETED ☐ |
|---|---|---|---|

**M.D. ORDERS**

| | INIT | TIME | | | INIT | TIME |
|---|---|---|---|---|---|---|
| FRH records | EO | 1415 | 7. | | | |
| Demerol 75g → Im | | | 8. | | | |
| Phenergan 25g | | | 9. | | | |
| | | | 10. | | | |
| | | | 11. | | | |
| | | | 12. | | | |

INSTRUCTIONS/EDUCATION/RX:

See D. Practice Theraday

I HEREBY ACKNOWLEDGE AND UNDERSTAND THE ABOVE INSTRUCTIONS

SIGNATURE: X _____   MD SIGNATURE: _____



**LRGH**ealthcare

80 Highland Street
Laconia, NH 03246

# EMERGENCY ROOM RECORD

```
PATIENT NAME:        Gilbert, Laurie J
MEDICAL RECORD NO:   076936
ACCOUNT NO:          906974597
BIRTH DATE:          08/25/1961
PHYSICIAN:           Thomas Scott, MD
DATE:                06/08/2004
```

HISTORY: The patient is a 42-year-old female who presents because of severe right shoulder pain after she was walking her dog four days ago and had the dog on a leash that lunged and pulled her right shoulder. She has had persistent pain since. She had gone to the ER in Franklin and had an x-ray of her shoulder which was negative. She has been using a sling, was given Percocet. One pill was not helping, two was causing nausea. She states she can not take Codeine or Darvocet. She does have an appointment to see Dr. Francke on Thursday.

PHYSICAL EXAMINATION: She has some diffuse tenderness of the right shoulder. There is no deformity. Motor/sensory exam of the arm is intact.

I offered her an injection, she refused.

ASSESSMENT: Right shoulder injury.

PLAN: She was given a script for Vicodin to use for pain. She will continue with her arm in a sling and will see Dr. Francke on Thursday as scheduled.

Thomas Scott, MD

```
D:   06/08/2004
T:   06/14/2004   3:51 P
med/612343
cc:  Gary P. Francke, MD
```

**ORIGINAL**

**LRGHealthcare**
**EMERGENCY DEPARTMENT RECORD**

PATIENT NAME _Laur_

Date _6/8_

PCP _____

Acct# 906974597  MRN# 76936
GILBERT, LAURIE J
10 RANGE RD
BELMONT, NH 03220
HIC# _____  Adm:06/08/04

| Triage Time: 1360 | Time to Room: 411 | Acuity Level: 3 | Condition on Arrival Stable | Mode of Arrival ☑W/C ☐Ambulatory ☐Carried ☐Ambulance |
|---|---|---|---|---|

Chief Complaint: 42 y/o ♀ present "I've got medicine in my thees making me sick" c/o dizziness - difficult walking and ℞ shoulder pain ♀ A ⨯ ♀ Seen @ FRHT Fri for shoulder - pain med not effective - percocet made her nauseous

ALLERGIES (Meds., Food, Environmental): Codeine → fever, vomiting

flexeril not effective

Latex Allergy ☐ Yes ☑ No     Exposure to infectious disease ☐ Yes ☑ No
PMHX: rotator cuff tear, Migraines
_____ Hyst.

Current Medications (Dose &Frequency): Flexeril, Ultram, ibuprofen

| Time 1410 | T 36⁷ | P 83 | R 18 | BP 110/68 | SpO2 NA | Pain Level 0-10  9 |
|---|---|---|---|---|---|---|

Is there anyone in your home being Hurt, Hit, Threatened, Frightened or Neglected? ☐ Yes ☐ No   Pt not alone

High Risk Fall? ☐ Yes ☑ No
Safety per LRGH ☑
Smoker ☑ Yes ☐ No  PPD 1

LMP _____
Tetanus _____ NA
Immunizations UTD _____
Weight 138 lb.

EMS Service NA
Tx:  ☐ Blood Drawn  ☐ C-Collar  ☐ IV
☐ Meds  ☐ Monitor  ☐ Splint
☐ O2  ☐ BB  ☐ Other _____

Triage Sig: Eileen Olin     Team Member: _____

**ASSESSMENT**

| CHEST ASSESSMENTS ☑N/A | SKIN ☐N/A | MUSCULAR SKELETAL ☐N/A | | NEUROLOGICAL ☐N/A |
|---|---|---|---|---|
| R  L | ☐ Warm  ☐ Ashen | ☐ Limited Movement of RUE | Best Verbal Response | ☐Oriented ☑Alert  Moves all extremities equally ☐Y ☐N |
| Clear ☐ ☐ | ☐ Cool  ☐ Mottled | ☐ Pain _1/10_ (0-10) | | ☐Confused ☐Incomprehensible |
| Rales ☐ ☐ | ☐ Hot  ☐ Jaundice | ☐ Swelling | | ☐Inappropriate ☐None |
| Rhonchi ☐ ☐ | | ☐ Deformity | Eyes | ☑Spontaneously  Facial Droop ☐Y ☐N |
| Wheezes ☐ ☐ | ☑ Dry  ☐ Cyanotic | ☐ Rotation | | ☐To Speech ☐To Pain ☐None |
| Stridor ☐ ☐ | ☐ Flakey  ☐ Diaphoretic | CSM ☑ Intact ☐ Compromised | | ☑Cooperative ☐Angry ☐Agitated  Pronator Drift ☐Y ☐N |
| Absent ☐ ☐ | ☐ Moist  ☐ Pale | | Behavior | ☐Uncooperative ☐Crying ☐Anxious |
| Breathing | Cap Fill  ☐ Flushed | **INTEGUMENTARY ☐N/A** | | ☐Combative ☐Depressed  Speech Clear ☐Y ☐N |
| ☐ Normal ☐ SPO₂: | ☑ <2 Sec  ☐ Pink | ☑Integument intact ☐ Avulsion | Best Motor Response | ☑Obeys command ☐Localized pain |
| ☐ Labored On | ☐ >2 Sec | ☐ Laceration ☐ Puncture wound(s) | | ☐Withdrawn ☐Flexion to pain |
| ☐ Nasal Flaring O₂ N/C | **ABDOMEN ☑N/A** | ☐ Abrasion | | ☐Extension to pain ☐None |
| ☐ Expiratory grunt @ | | | Pupils | ☑Perrl size 3 mm ☐Brisk response |
| ☐ Retractions NRBM @ | Bowel sounds ☐ Present ☐ Absent | **BLEEDING ☐N/A** | | ☐Unequal ☐Sluggish |
| Chest Expansion | Tenderness ☐ LLQ ☐ RUQ ☐ LUQ ☐ RLQ | | | ☐Not reactive ☐Fixed |
| ☐ Symmetrical | Appearance ☐ Soft ☐ Rigid ☐ Distended | ☑None ☐Controlled ☐Non controlled | | |
| ☐ Asymmetrical | Last BM _____ | | | |
| Cardiac Monitor Rhythm ☐ N/A ☐ See Monitor Strip | | | | |

Monitor Strip

| Time | Medication Administration and/or other intervention | Dose | Route | Site | Pain Level 0 - 10 | Safety Level High risk of fall YES      NO | Initial | Pain Level 0-10 (outcome) | Initial |
|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**IV ADMINISTRATION**

| Time | Size / Site | Fluid & Amount | Labs Drawn | Rate | Infused | Init. | IV d/c'd @ | Init. | Intake | Output |
|------|------|------|------|------|------|------|------|------|------|------|
| | | | ☐ | | | | | | PO | Urine |
| | | | ☐ | | | | | | | Emesis |
| | | | ☐ | | | | | | IV | NG |
| | | | ☐ | | | | | | | |
| | | | ☐ | | | | | | | |
| | | | ☐ | | | | | | | |

| Time | NURSE'S NOTES | | Time | Nurse's Notes cont. |
|------|------|------|------|------|
| 1423 | pt arrived & chart *to be* *seen* | | | |
| 1440 | Dr Scott in to assess pt | | | |
| 1500 | Pt refuses pain medication for injection only wants script ☐ d/c to home c̄ s/o to script for vicoden will follow up c̄ French and Truss ☐ | | | |

☐ See Additional Notes

| X-Rays: ☐ WC ☐ STR ☐ AMB | Sent @ | Ret @ | EKG@ | Labs: | | Drawn @ | | Sent @ | Ret @ |
|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | |
| | | | | | | | | | |

Discharge V.S. _dipened (refused in a_
Discharge time _1500_ to _home_ via _s/o_ _hurry)_    Initials/Signatures _____
Admitting M.D. _____
Report to _____
Medications issued & written instructions ☐ Yes ☐ No ☐ N/A
Logicare given ☐ Yes ☐ No ☐ N/A
Discharged to Discharge Office ☐ Yes ☐ No
Condition at discharge ☐ Same ☐ Stable ☐ Improved

Acct# 906974597 MRN# 76936
GILBERT, LAURIE J
10 RANGE RD
BELMONT, NH 03220
HIC#        Adm:06/08/04



**LRGH**ealthcare

80 Highland Street
Laconia, NH 03246

# WALK-IN CARE RECORD

```
PATIENT NAME:      Gilbert, Laurie J
MEDICAL RECORD NO: 076936
ACCOUNT NO:        907093298
BIRTH DATE:        08/25/1961
PHYSICIAN:         Thomas Scott, MD
DATE:              07/05/2004
```

HISTORY: A 42-year-old female complained of right shoulder pain which had been bothering her for three weeks. She has seen Dr. Lieberman and was scheduled for a MRI of the shoulder in three days. Had been prescribed Vicodin which she ran of last night. She is using a sling. Was scheduled Dr. Elsammani her PCP in two days.

**ALLERGIES:** Codeine and Percocet makes her vomit.

**PHYSICAL EXAMINATION:**

RIGHT SHOULDER: There is no obvious swelling deformity, redness. The arms are intact.

ASSESSMENT: Right shoulder pain, right rotator cuff injury.

PLAN: Vicodin 1-2 q. 4 hours for pain. See Dr. Lieberman after the MRI.

Thomas Scott, MD

```
D:   07/05/2004
T:   07/09/2004  4:46 A
med/618672
cc:   Glenn Lieberman, MD
```

**ORIGINAL**

# LAKES REGION GENERAL HOSPITAL  LACONIA, N.H. 03246

EMERGENCY ROOM/WALK-IN CARE RECORD

| PATIENT | ACCOUNT NUMBER | ADMIT DATE | TIM | ACC. TIME | ACCIDENT DATE | SV | TYPE | RACE | CLERK | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 907093298 | 07/05/2004 12. | | | / / | ER | OE | C | PC1 | 76936 |

| BIRTHDATE | AGE | PRIMARY CARE PROVIDER | | MO/A/FC | SMOKE | M/S | SEX | E.R. PHYSICIAN |
|---|---|---|---|---|---|---|---|---|
| 08/25/61 | 042Y | NO PCP LISTED, NO PCP | 1 | SP | Y | M | F | KALLMERTEN, DANIEL H |

**NAME & ADDRESS**
GILBERT, LAURIE J
10 RANGE RD
BELMONT, NH 03220

PHONE/SOC. SEC. NO.
603-524-6263
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

**RELATIVE NAME & ADDRESS**
RINGER, MARY ELLEN
6 NANCY DR
BELMONT, NH 03220

PHONE/REL.
603-528-4047
NATURAL CHIL

**GUARANTOR**
GILBERT, LAURIE J
10 RANGE RD
BELMONT, NH 03220

PHONE/SOC. SEC. NO.
603-524-6263
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

**PINS**
1
2
3

| CHIEF COMPLAINT: (ACKNOWLEDGE) | TIME | T | P | R | B/P | WT |
|---|---|---|---|---|---|---|
| SHOULDER PAIN | | | | | | |

| ADV DIR | REQU INFO | CM REF | PUB DIR | PUB CLERGY | ALLERGIES: |
|---|---|---|---|---|---|
| N | N | N | Y | Y | |

**HISTORY - PAST MEDICAL**  ® shoulder pain x 3 weeks

**FAMILY**

**SOCIAL**  using sling

MRI on 2/8

| CONSULT ☐ YES ☐ NO |
|---|
| NAME _____ |
| TIME CALLED _____ |
| TIME ARRIVED _____ |

**REVIEW OF SYSTEMS:** ✓ BOX FOR ☐ NORMAL   ☐ ABNORMAL    ALL OTHER SYSTEMS ARE NORMAL ☐

| N A | N A | N A | N A | N A |
|---|---|---|---|---|
| ☐☐ GENERAL SYMPTOMS | ☐☐ CARDIOVASCULAR | ☐☐ NEUROLOGIC | ☐☐ HEMA/LYMPH | ☐☐ ALLER/IMMUN |
| ☐☐ EYES | ☐☐ RESPIRATORY | ☐☐ MUSCULOSKEL | ☐☐ PSYCHIATRIC | ☐☐ G.U. |
| ☐☐ ENT | ☐☐ GASTROINTEST | ☐☐ SKIN/INTEGUM | ☐☐ ENDOCRINE | |

**STATE REASON IF UNABLE TO DO COMPLETE ROS OR PAST, FAM. SOC. HIST.-LEVEL 5 ONLY**   B/sameni - 7/7

Pinwest → kumits

**ASSESSMENT/COMPLEXITY OF DECISION MAKING/RULE OUT:**

**FINAL DIAGNOSIS:**   ® shoulder pain

**PLAN/PROCEDURES:**

**CRITICAL CARE ☐ YES TIME** _____   **RADIO CONTROL/ACLS ☐ YES**   **DICTATED ☐   COMPLETED ☐**  1350

**M.D. ORDERS**

| | INIT | TIME | | | INIT | TIME |
|---|---|---|---|---|---|---|
| 1. | | | 7. | | | |
| 2. | | | 8. | | | |
| 3. | | | 9. | | | |
| 4. | | | 10. | | | |
| 5. | | | 11. | | | |
| 6. | | | 12. | | | |

**INSTRUCTIONS/EDUCATION/RX:**   Vicodin 1-2 q4°

See Dr Lieberman Tuesday

**I HEREBY ACKNOWLEDGE AND UNDERSTAND THE ABOVE INSTRUCTIONS**

PT. SIGNATURE: X _____   MD SIGNATURE _____

**CHART/READ REVERSE**

| ACCOUNT NUMBER | DATE | TIME | GILBERT, LAURIE J | ADM DATE | MEDICAL RECORD NO |
|---|---|---|---|---|---|
| 907076251 | 07/09/2004 | 18:10 | DOB: 08/25/1961   AGE: 42Y   SEX: F | 07/09/2004 | 076936 |

ROOM&BED:                        AREA:

| PRIORITY | AUDIT NO. | 00910371  LIEBERMAN, GLENN S. | |
|---|---|---|---|
| TD - TOD | A652723 | DX: R SHOULDER PAIN/RTC TEAR | SERVICE: MRI |

ALLERGIES:                                      PT TYPE: O
TRANSPORT: AMBULATORY              IV:   PCP CONTACTED:

| DATE TO BE DONE | 00910371  LIEBERMAN, GLENN S. |
|---|---|
| 07/09/2004  19:30 | HT: 0 FT  0 IN      00 CM   PREC:    O2: |

PCP: 0000000000        HT: 0 FT  0 IN      00 CM   PREC:    O2:
SURG DT:   /  /        WT: 0 LBS   0 OZ    0.00 KG   DIAB: N

SPECIFY MD ORDER: MRI RT SHOULDER                      PHONE:(603)524-6263
CONTINUED:

PRESENTING SYMPTOMS:  PAIN/RTC TEAR
CONTINUED:

| ITEM# | DESCRIPTION/INDICATOR | ORDER# |
|---|---|---|
| 43462245 | MRI UPR EXT JT W/O | 004652723 |

MRI RIGHT SHOULDER 7/9/04

There is no abnormal signal involving the rotator cuff which meets the MRI
criteria for a full thickness tear.  Proximal long head of the biceps tendon
appear normal and is normally located.  No labral tear is seen.

IMPRESSION: NO ROTATOR CUFF TEAR IS SEEN. NO OTHER FOCAL ABNORMALITIES ARE
SEEN TO EXPLAIN THIS PATIENT'S SYMPTOMS OF RIGHT SHOULDER PAIN.

Michael F. Dowe, M.D.
Radiologist
Sl
D: 7/12/04
T: 7/12/04
3:43 PM

SIGNATURE                          DATE
                                   CHART

**LRGHealthcare**
**EMERGENCY DEPARTMENT RECORD**

Acct# 907093298  MRN# 76936
GILBERT, LAURIE J
10 RANGE RD
BELMONT, NH 03220
HIC#                Adm:07/05/04

PATIENT NAME ___ Gil ___
Date  7-5-04
PCP _____

| Triage Time: 1254 | Time to Room: | Acuity Level: | Condition on Arrival | Mode of Arrival ☐ Ambulatory ☐ W/C ☐ Carried ☐ Ambulance |
|---|---|---|---|---|

Chief Complaint: _Severe Rt shoulder pain - seen WIC 6/21  6/30 - unable to do MRI on 7/2 - out of pain med_ Sw Black
"Pt reports hasn't slept in days" RShifer RN

ALLERGIES (Meds., Food, Environmental): Codeine

Latex Allergy ☐ Yes ☑ No    Exposure to infectious disease ☐ Yes ☐ No
PMHX: denies

Current Medications (Dose & Frequency): Excedrin  Vicodin last night

| Time 1225 | T 37⁴ | P 80 | R 19 | BP 110/52 | Sp02 NA | Pain Level 0-10 10/10 |
|---|---|---|---|---|---|---|

Is there anyone in your home being Hurt, Hit, Threatened, Frightened or Neglected? ☐ Yes ☐ No

High Risk Fall? ☐ Yes ☑ No
Safety per LRGH ☑
Smoker ☑ Yes ☐ No  PPD /

LMP _____
Tetanus _____  N/A
Immunizations UTD _____
Weight _____

EMS Service _____
Tx: ☐ Blood Drawn ☐ C-Collar ☐ IV
☐ Meds ☐ Monitor ☐ Splint
☐ O2 ☐ BB ☐ Other _____

Triage Sig: Pauline Shifer RN  Team Members: _____

**ASSESSMENT**

| CHEST ASSESSMENTS ☑ N/A | | SKIN ☑ N/A | MUSCULAR SKELETAL ☐ N/A | NEUROLOGICAL ☑ N/A |
|---|---|---|---|---|

CHEST ASSESSMENTS ☑ N/A
|  | R | L |
|---|---|---|
| Clear | ☐ | ☐ |
| Rales | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezes | ☐ | ☐ |
| Stridor | ☐ | ☐ |
| Absent | ☐ | ☐ |

Breathing
☐ Normal          ☐ SPO₂
☐ Labored          On _____
☐ Nasal Flaring    O₂ N/C
☐ Expiratory grunt @ _____
☐ Retractions      NRBM @ _____

Chest Expansion
☐ Symmetrical
☐ Asymmetrical          Init. _____
Cardiac Monitor Rhythm ☐ N/A  ☐ See Monitor Strip

SKIN ☑ N/A
☐ Warm    ☐ Ashen
☐ Cool    ☐ Mottled
☐ Hot     ☐ Jaundice
          ☐ Cyanotic
☐ Dry     ☐ Diaphoretic
☐ Flakey  ☐ Pale
☐ Moist   ☐ Flushed
Cap Fill  ☐ Pink
☐ <2 Sec
☐ >2 Sec          Init. _____

ABDOMEN ☑ N/A
Bowel sounds ☐ Present ☐ Absent
Tenderness ☐ LLQ ☐ RUQ ☐ LUQ ☐ RLQ
Appearance ☐ Soft ☐ Rigid ☐ Distended
Last BM _____          Init. _____

MUSCULAR SKELETAL ☐ N/A
☐ Limited Movement of _____
☑ Pain 10 (0-10)  (R) shoulder
☐ Swelling
☐ Deformity
☐ Rotation
CSM ☐ intact ☐ Compromised    Init. _____

INTEGUMENTARY ☑ N/A
☐ Integument intact   ☐ Avulsion
☐ Laceration          ☐ Puncture wound(s)
☐ Abrasion                    Init. _____

BLEEDING ☑ N/A
☐ None ☐ Controlled ☐ Non controlled  Init. _____

NEUROLOGICAL ☑ N/A
| Best Verbal Response | ☐ Oriented ☐ Alert ☐ Confused ☐ Incomprehensible ☐ Inappropriate ☐ None | Moves all extremities equally ☐ Y ☐ N |
| Eyes | ☐ Spontaneously ☐ To Speech ☐ To Pain ☐ None | Facial Droop ☐ Y ☐ N |
| Behavior | ☐ Cooperative ☐ Angry ☐ Agitated ☐ Uncooperative ☐ Crying ☐ Anxious ☐ Combative ☐ Depressed | Pronator Drift ☐ Y ☐ N  Speech Clear ☐ Y ☐ N |
| Best Motor Response | ☐ Obeys command ☐ Localized pain ☐ Withdrawn ☐ Flexion to pain ☐ Extension to pain ☐ None | |
| Pupils | ☐ Perrl size: ____ mm ☐ Brisk response ☐ Unequal ☐ Sluggish ☐ Not reactive ☐ Fixed  Init. _____ | |

Monitor Strip

EMR-002 12/19/03

Lakes Region General Hospital - Emergency Department
80 Highland Street, Laconia, NH. 03246
(603)524-3211
Patient: Laurie Gilbert, Date: 07/05/2004  Time: 13:43
Discharge Instructions

**IMPORTANT:** We examined and treated you today on an
emergency basis only. This was not a substitute for,
or an effort to provide, complete medical care. In
most cases, you must let your doctor check you again.
Tell your doctor about any new or lasting problems. We
cannot recognize and treat all injuries or illnesses
in one Emergency Department visit. If you had special
tests, such as EKG's or X-rays, we will review them
again within 24 hours. We will call you if there are
any new suggestions. After you leave, you should
**follow the instructions below.**

You were treated today by THOMAS SCOTT, MD.

**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
Call as soon as possible to make an appointment in 1
day to see Glenn Lieberman, MD. You can reach Glenn
Lieberman at (603)528-9100, 14 Maple St, Gilford, NH,
03246. If you have any problems before this
appointment, call the office.

**THIS INFORMATION IS ABOUT YOUR DIAGNOSIS**
**SHOULDER PAIN**
The shoulder is prone to injury. Shoulder pain can be
caused by heavy lifting, strains and injuries. It can
involve the muscles, tendons, ligaments or bones.
Today's exam did not show any obvious sign of bone,
muscle, tendon or ligament damage.

**Follow these instructions:**
* Rest your shoulder for the next few days.
* Take pain medicines as prescribed by the doctor.
* Once the pain has lessened, you may return to your
  normal activities.
* Do not lift heavy objects, play sports involving the
  shoulder or put any strain on your shoulder until
  the pain is gone.
* Avoid any activity that causes pain.

**Call your doctor if you:**
* have increased pain.
* have numbness or tingling that goes down into your
  arm or hand.
* have pain that does not get any better over the next
  couple of weeks.
* have any new problems or concerns.

**THIS INFORMATION IS ABOUT YOUR MEDICINE**
**\*BE SURE TO FOLLOW YOUR PHARMACIST'S INSTRUCTIONS AS**
**THEY MAY VARY FROM THE INSTRUCTIONS BELOW\***
**HYDROCODONE & ACETAMINOPHEN** (Vicodin, Lortab).

Take this medicine by mouth in the following dose: 1-2
tablets every 4 hours if needed for pain.

This is a mixture of medicines used to relieve pain.
Side effects may include: sleepiness, upset stomach or
constipation (hard stools). Allergy would show up as:

**rash or itching, wheezing or shortness of breath.** This
medicine can be habit forming if used for a long
period of time.

**Follow these instructions:**
* Talk to your doctor **before** taking other medicines
  (including over-the-counter medicines).
* Sit or stand **slowly** to avoid dizziness.
* Take this medicine **with food or milk** to avoid an
  upset stomach.
* Store this medicine away from heat, moisture or
  direct light.
* Watch for signs of dependence. They include:
  * feeling that you "cannot live without this
    medicine".
  * you need more of this medicine than before
    to get the same relief.
* Do not drink alcohol, drive or operate machinery
  while taking this medicine.

**Call your doctor if you have:**
* any sign of dependence.
* any sign of allergy.
* increased pain not helped by the pain medicine.
* any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.**
Follow the above instructions carefully. Take your
medicines as prescribed. Most important, see a doctor
again as discussed. If you have problems that we have
not discussed, **call or visit your doctor right away.**
If you cannot reach your doctor, return to the
Emergency Department.

**"I have received this information and my questions**
**have been answered.  I have discussed any challenges I**
**see with this plan with the nurse or physician."**

x _Laurie J Gilbert_ _____

Laurie Gilbert or Responsible Person

**Laurie** Gilbert or Responsible Person has received this
information and tells me that all questions have been
answered.

_signature_ _____

RN Staff Signature____

# LAKES REGION GENERAL HOSPITAL LACONIA, N.H. 03246

## EMERGENCY ROOM/WALK-IN CARE RECORD

| ACCOUNT NUMBER | ADMIT DATE | TIME | ACC. TIME | ACCIDENT DATE | SVC. | TYPE | RACE | CLERK | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|
| 907351019 | 08/30/2004 | 20:53 | : | / / | ER | OE | C | IGH | 76936 |

| BIRTHDATE | AGE | PRIMARY CARE PROVIDER | MOA | FC | SMOKE | M/S | SEX | E.R. PHYSICIAN |
|---|---|---|---|---|---|---|---|---|
| 08/25/61 | 043Y | NO PCP LISTED, NO PCP | 1 | SP | Y | M | F | KANE, ANDREW |

**P A T I E N T**

| NAME & ADDRESS | PHONE/SOC. SEC. NO. | RELATIVE NAME & ADDRESS | PHONE/REL. |
|---|---|---|---|
| GILBERT, LAURIE J<br>10 RANGE RD<br>BELMONT, NH 03220 | 603-524-6263<br><br>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 | RINGER, MARY ELLEN<br>6 NANCY DR<br>BELMONT, NH 03220 | 603-528-4047<br>NATURAL CHIL |

**I N S**

1. 1830 8/31/2004 Follow up call to place
2. PT left because she saw DC card of "Anderson
3. like me" Returned @ 0420. Follow up c Dentist today — EWilliams RN

| GUARANTOR | PHONE/SOC. SEC. NO. |
|---|---|
| GILBERT, LAURIE J<br>10 RANGE RD<br>BELMONT, NH 03220 | 603-524-6263<br><br>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 |

| CHIEF COMPLAINT: (ACKNOWLEDGE) | TIME | T | P | R | B/P | WT |
|---|---|---|---|---|---|---|
| DENTAL PAIN | | | | | | |

| ADV DIR | REQU INFO | CM REF | PUB DIR | PUB CLERGY | ALLERGIES: |
|---|---|---|---|---|---|
| N | N | N | Y | Y | |

| HISTORY - PAST MEDICAL | FAMILY | SOCIAL | CONSULT ☐ YES ☐ NO |
|---|---|---|---|
| | | | NAME _____ |
| | | | TIME CALLED _____ |
| | | | TIME ARRIVED _____ |

**REVIEW OF SYSTEMS:** ✓ BOX FOR   ☐ NORMAL   ☐ ABNORMAL

| A | N A | N A | N A | N A | ALL OTHER SYSTEMS ARE NORMAL ☐ |
|---|---|---|---|---|---|
| ☐ GENERAL SYMPTOMS | ☐☐ CARDIOVASCULAR | ☐☐ NEUROLOGIC | ☐☐ HEMA/LYMPH | ☐☐ ALLER/IMMUN | |
| ☐ EYES | ☐☐ RESPIRATORY | ☐☐ MUSCULOSKEL | ☐☐ PSYCHIATRIC | ☐☐ G. U. | |
| ☐ ENT | ☐☐ GASTROINTEST | ☐☐ SKIN/INTEGUM | ☐☐ ENDOCRINE | | |

STATE REASON IF UNABLE TO DO COMPLETE ROS OR PAST, FAM, SOC. HIST.-LEVEL 5 ONLY

ASSESSMENT/COMPLEXITY OF DECISION MAKING/RULE OUT:

FINAL DIAGNOSIS:

PLAN/PROCEDURES:

| CRITICAL CARE ☐ YES TIME | RADIO CONTROL/ACLS ☐ YES | DICTATED ☐ | COMPLETED ☐ |
|---|---|---|---|

### M.D. ORDERS

| | INIT | TIME | | | INIT | TIME |
|---|---|---|---|---|---|---|
| | | | 7. | | | |
| | | | 8. | | | |
| | | | 9. | | | |
| | | | 10. | | | |
| | | | 11. | | | |
| | | | 12. | | | |

INSTRUCTIONS/EDUCATION/RX:   LWBS 2110

HEREBY ACKNOWLEDGE AND UNDERSTAND THE ABOVE INSTRUCTIONS

**LRGHealthcare**
**EMERGENCY DEPARTMENT RECORD**

Acct# 907351019  MRN# 76936
GILBERT, LAURIE J
10 RANGE RD
BELMONT, NH 03220
HIC#          Adm:08/30/04

PATIENT NAME _____

Date  8/30/04

PCP  NLMD

| Triage Time: 2048 | Time to Room: 2100 | Acuity Level: 3 | Condition on Arrival: good | Mode of Arrival  ☒ Ambulatory  ☐ W/C  ☐ Carried  ☐ Ambulance |

Chief Complaint: c/o dental pain x 1½ wks - states has dry socket. Seen @ FRH on 8/28, given PCN & Percocet. Percocet made her sick so changed to vicodin. c/o c/o swelling c/o more painful now than when tooth was there. States has appt @ dentist in 3 aaip hrs

ALLERGIES (Meds., Food, Environmental): codeine ambien amitriptyline

Latex Allergy  ☐ Yes ☒ No    Exposure to infectious disease  ☐ Yes ☒ No
PMHX: appy  dep↑  s/p molar extraction

Current Medications (Dose & Frequency): PCN    vicodin

| Time 2048 | T 37³ | P 89 | R 22 | BP 107/54 | SpO2 NT | Pain Level 0-10 8/10 |

Is there anyone in your home being Hurt, Hit, Threatened, Frightened or Neglected?  ☐ Yes  ☐ No N/A alone

| High Risk Fall?  ☐ Yes ☒ No | LMP dep↑ | EMS Service N/A |
| Safety per LRGH ☒ | Tetanus N/A | Tx:  ☐ Blood Drawn  ☐ C-Collar  ☐ IV |
| Smoker ☒ Yes ☐ No  PPD / | Immunizations UTD N/A | ☐ Meds  ☐ Monitor  ☐ Splint |
|  | Weight 132#ST | ☐ O2  ☐ BB  ☐ Other _____ |

Triage Sig: Linda Sussman RN    Team Members: Glenn + Katie

| CHEST ASSESSMENTS ☒N/A | SKIN ☐N/A | MUSCULAR SKELETAL ☒N/A | NEUROLOGICAL ☒N/A |
|---|---|---|---|
| | R L | ☐ Warm  ☐ Ashen | ☐ Limited Movement of ____ | Best Verbal Response | ☐ Oriented  ☐ Alert | Moves all extremities equally ☐Y ☐N |
| Clear | ☐ ☐ | ☐ Cool  ☐ Mottled | ☐ Pain _____ (0-10) | | ☐ Confused  ☐ Incomprehensible | |
| Rales | ☐ ☐ | ☐ Hot  ☐ Jaundice | ☐ Swelling | | ☐ Inappropriate  ☐ None | Facial Droop ☐Y ☐N |
| Rhonchi | ☐ ☐ | ☐ Cyanotic | ☐ Deformity | Eyes | ☐ Spontaneously | |
| Wheezes | ☐ ☐ | ☐ Dry  ☐ Diaphoretic | ☐ Rotation | | ☐ To Speech ☐ To Pain ☐ None | Pronator Drift ☐Y ☐N |
| Stridor | ☐ ☐ | ☐ Flakey  ☐ Pale | CSM  ☐ Intact  ☐ Compromised | | ☐ Cooperative ☐ Angry ☐ Agitated | |
| Absent | ☐ ☐ | ☐ Moist  ☐ Flushed | | Behavior | ☐ Uncooperative ☐ Crying ☐ Anxious | Speech Clear ☐Y ☐N |
| Breathing | | Cap Fill  ☐ Pink | INTEGUMENTARY ☐N/A | | ☐ Combative ☐ Depressed | |
| ☐ Normal | ☐ SPO₂ | ☐ <2 Sec | ☐ Integument intact  ☐ Avulsion | Best Motor Response | ☐ Obeys command  ☐ Localized pain | |
| ☐ Labored | On ___ | ☐ >2 Sec | ☐ Laceration  ☐ Puncture wound(s) | | ☐ Withdrawn  ☐ Flexion to pain | |
| ☐ Nasal Flaring | O₂ N/C | ABDOMEN ☒N/A | ☐ Abrasion | | ☐ Extension to pain  ☐ None | |
| ☐ Expiratory grunt | @ ___ | | | | | |
| ☐ Retractions | NRBM @ ___ | Bowel sounds ☐ Present ☐ Absent | BLEEDING ☐N/A | Pupils | ☐ Perrl  size: ___ mm  ☐ Brisk response | |
| Chest Expansion | | Tenderness ☐ LLQ ☐ RUQ ☐ LUQ ☐ RLQ | | | ☐ Unequal  ☐ Sluggish | |
| ☐ Symmetrical | | Appearance ☐ Soft ☐ Rigid ☐ Distended | ☐ None ☐ Controlled ☐ Non controlled | | ☐ Not reactive  ☐ Fixed | |
| ☐ Asymmetrical | | Last BM ___ | | | | |
| Cardiac Monitor Rhythm ☐N/A | ☐ See Monitor Strip | | | | | |

Monitor Strip

EMR-002 12/19/03

Lakes Region General Hospital - Emergency Department
80 Highland Street, Laconia, NH. 03246
(603) 524-3211
Patient: Laurie Gilbert, Date: 08/31/2004  Time: 05:11
Discharge Instructions

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

You were treated today by ANDREW KANE, MD.

**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
Arrangements have been made for you to have the following Community Service: Dental Resource Center. You can reach them at (603)527-7112, 29 Elliot Street, Laconia, NH, 03246. If this Service has not contacted you within 1-3 days, please call them.

**THIS INFORMATION IS ABOUT YOUR DIAGNOSIS TOOTHACHE.**
Tooth pain can be caused from abscesses (pockets of infection), cracks in the tooth or soreness in the gums (gingivitis). Whatever the cause, the best person to treat your problem is a dentist.

**Do the following:**
* Make an appointment to see your dentist as soon as possible.
* Avoid **very hot** or **very cold** foods because they may increase your pain.
* Take your medicine **exactly as prescribed.**

**Call your dentist if you have:**
* increased pain.
* swelling or bleeding in your mouth.
* any new or severe symptoms.

**THIS INFORMATION IS ABOUT YOUR MEDICINE**
**\*BE SURE TO FOLLOW YOUR PHARMACIST'S INSTRUCTIONS AS THEY MAY VARY FROM THE INSTRUCTIONS BELOW\***
PROPOXYPHENE & ACETAMINOPHEN (Darvocet, Wygesic, others).

Take this medicine by mouth in the following dose: 1-2 tablets every 6 hours if needed for pain.

This is a strong pain reliever. Side effects may include: sleepiness, upset stomach, constipation (hard stools) or dizziness. Allergy would show up as: **rash or itching, wheezing or shortness of breath.** This medicine can be habit forming if taken for a long period of time.

**Follow these instructions:**

* Take this medicine **with food** to avoid an upset stomach.
* Sit or stand **slowly** to avoid dizziness.
* Talk to your doctor **before** taking other medicines (including over-the-counter medicines).
* Store this medicine away from heat, moisture or direct light.
* Watch for signs of dependence. They include:
    * feeling that you "cannot live without this medicine".
    * you need more of this medicine than before to get the same relief.
* Do not drink alcohol, drive or operate machinery while taking this medicine.

**Call your doctor if you have:**
* any sign of allergy.
* any sign of dependence.
* any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.**
Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.** If you cannot reach your doctor, return to the Emergency Department.

**"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."**

X _Laurie Gilbert_

Laurie Gilbert or Responsible Person

**Laurie** Gilbert or Responsible Person has received this information and tells me that all questions have been answered.

_____

RN Staff Signature_____

**LRGHealthcare**
**EMERGENCY DEPARTMENT RECORD**

| | |
|---|---|
| PATIENT NAME _____ | Acct# 907351175 MRN# 76936 |
| Date _____ | GILBERT, LAURIE J<br>10 RANGE RD<br>BELMONT, NH 03220 |
| PCP _____ | HIC#          Adm:08/31/04 |

| Triage Time: 0135 | Time to Room: 0143 | Acuity Level: III | Condition on Arrival: Stable | Mode of Arrival ☑ Ambulatory<br>☐ W/C ☐ Carried ☐ Ambulance |
|---|---|---|---|---|

Chief Complaint: _Dental pain x 6 days. Saw a dentist started percocet which made her nausea started PCP 6 days prior_

ALLERGIES (Meds., Food, Environmental): _Codeine_

Latex Allergy ☐ Yes ☑ No    Exposure to infectious disease ☐ Yes ☑ No
PMHX: _None_

Current Medications (Dose &Frequency): _none_  _PCP ptp - Since 6 Days._

| Time | T 36⁷ | P 81 | R 24 | BP 116/50 | Sp02 Ra 96% | Pain Level 0-10 _crying_ 10/10 |
|---|---|---|---|---|---|---|

Is there anyone in your home being Hurt, Hit, Threatened, Frightened or Neglected? ☐ Yes ☑ No

| High Risk Fall? ☐ Yes ☑ No | LMP ___ | EMS Service ___ |
|---|---|---|
| Safety per LRGH ☑ | Tetanus ___ | Tx:  ☐ Blood Drawn ☐ C-Collar ☐ IV |
| Smoker ☑ Yes ☐ No  PPD 1 | Immunizations UTD ___ | ☐ Meds ☐ Monitor ☐ Splint |
| | Weight ___ | ☐ 02 ☐ BB ☐ Other ___ |

Triage Sig: ___        Team Members: ___

**ASSESSMENT**

### CHEST ASSESSMENTS ☐ N/A

|  | R | L |
|---|---|---|
| Clear | ☐ | ☐ |
| Rales | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezes | ☐ | ☐ |
| Stridor | ☐ | ☐ |
| Absent | ☐ | ☐ |

Breathing
☐ Normal          ☐ SPO₂ ___
☐ Labored          On ___
☐ Nasal Flaring     O₂ N/C
☐ Expiratory grunt  NRBM @
☐ Retractions

Chest Expansion
☐ Symmetrical
☐ Asymmetrical
Cardiac Monitor Rhythm ☑ N/A  ☐ See Monitor Strip

### SKIN ☑ N/A
☐ Warm  ☐ Ashen
☐ Cool  ☐ Mottled
☐ Hot   ☐ Jaundice
        ☐ Cyanotic
☐ Dry   ☐ Diaphoretic
☐ Flakey ☐ Pale
☐ Moist ☐ Flushed
Cap Fill ☐ Pink
☐ <2 Sec
☐ >2 Sec

### ABDOMEN ☐ N/A
Bowel sounds ☐ Present ☐ Absent
Tenderness ☐ LLQ ☐ RUQ ☐ LUQ ☐ RLQ
Appearance ☐ Soft ☐ Rigid ☐ Distended
Last BM ___

### MUSCULAR SKELETAL ☑ N/A
☐ Limited Movement of ___
☐ Pain ___ (0-10)
☐ Swelling
☐ Deformity
☐ Rotation
CSM ☐ Intact ☐ Compromised

### INTEGUMENTARY ☐ N/A
☐ Integument intact ☐ Avulsion
☐ Laceration ☐ Puncture wound(s)
☐ Abrasion

### BLEEDING ☑ N/A
☐ None ☐ Controlled ☐ Non controlled

### NEUROLOGICAL ☑ N/A

| Best Verbal Response | ☐ Oriented ☐ Alert<br>☐ Confused ☐ Incomprehensible<br>☐ Inappropriate ☐ None | Moves all extremities equally ☐ Y ☐ N |
|---|---|---|
| Eyes | ☐ Spontaneously<br>☐ To Speech ☐ To Pain ☐ None | Facial Droop ☐ Y ☐ N |
| Behavior | ☐ Cooperative ☐ Angry ☐ Agitated<br>☐ Uncooperative ☐ Crying ☐ Anxious<br>☐ Combative ☐ Depressed | Pronator Drift ☐ Y ☐ N<br>Speech Clear ☐ Y ☐ N |
| Best Motor Response | ☐ Obeys command ☐ Localized pain<br>☐ Withdraw ☐ Flexion to pain<br>☐ Extension to pain ☐ None | |
| Pupils | ☐ Perrl  size: ___ mm<br>☐ Unequal<br>☐ Not reactive | ☐ Brisk response<br>☐ Sluggish<br>☐ Fixed |

Monitor Strip

EMR-002 12/19/03

Case 1:05-cv-10716-PBZ Document 30-12 Filed 08/28/2006 Page 2 of 5

# LAKES REGION GENERAL HOSPITAL
LACONIA, N.H. 03246  EMERGENCY ROOM/WALK IN CARE RECORD

| ACCOUNT NUMBER | ADMIT DATE | TIME | ACC. TIME | ACCIDENT DATE | S | TYPE | RACE | CLERK | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|
| 907351175 | 08/31/2004 04.36 | | : | / / | ER | OE | C | KMV | 76936 |

| BIRTHDATE | AGE | PRIMARY CARE PROVIDER | MOA | FC | SMOKE | M/S | SEX | E.R. PHYSICIAN |
|---|---|---|---|---|---|---|---|---|
| 08/25/61 | 043Y | NO PCP LISTED, NO PCP | 1 | SP | Y | M | F | KANE, ANDREW |

**PATIENT**

| NAME & ADDRESS | PHONE/SOC. SEC. NO. | RELATIVE NAME & ADDRESS | PHONE/REL. |
|---|---|---|---|
| GILBERT, LAURIE J<br>10 RANGE RD<br>BELMONT, NH 03220 | 603-524-6263<br><br>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 | RINGER, MARY ELLEN<br>6 NANCY DR<br>BELMONT, NH 03220 | 603-528-4047<br>NATURAL CHIL |

**INS 1 2 3**

| GUARANTOR | PHONE/SOC. SEC. NO. |
|---|---|
| GILBERT, LAURIE J<br>10 RANGE RD<br>BELMONT, NH 03220 | 603-524-6263<br>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 |

**CHIEF COMPLAINT: (ACKNOWLEDGE)**
DENTAL PAIN

| TIME | T | P | R | B/P | WT |
|---|---|---|---|---|---|
| | | | | | |

| ADV DIR | REQU INFO | CM REF | PUB DIR | PUB CLERGY | ALLERGIES: |
|---|---|---|---|---|---|
| N | N | N | Y | Y | |

**HISTORY - PAST MEDICAL / FAMILY / SOCIAL**
"I have dry socket"
Tooth pulled 1 wk ago
no fever

| CONSULT ☐ YES ☐ NO |
|---|
| NAME _____ |
| TIME CALLED _____ |
| TIME ARRIVED _____ |

**REVIEW OF SYSTEMS:** ✓ BOX FOR ☐ NORMAL ☑ ABNORMAL  ALL OTHER SYSTEMS ARE NORMAL ☐

| N A | N A | N A | N A | N A |
|---|---|---|---|---|
| ☐ GENERAL SYMPTOMS | ☐☐ CARDIOVASCULAR | ☐☐ NEUROLOGIC | ☐☐ HEMA/LYMPH | ☐☐ ALLER/IMMUN |
| ☐ EYES | ☐☐ RESPIRATORY | ☐☐ MUSCULOSKEL. | ☐☐ PSYCHIATRIC | ☐☐ G.U. |
| ☐ ENT | ☐☐ GASTROINTEST | ☐☐ SKIN/INTEGUM | ☐☐ ENDOCRINE | |

**STATE REASON IF UNABLE TO DO COMPLETE ROS OR PAST, SOC. HIST.-LEVEL 5 ONLY**

LRGH CONFIDENTIAL REPORT REDISCLOSURE OR USE OF REPORT FOR OTHER THAN STATED PURPOSE IS PROHIBITED DESTRUCTION REQUIRED WHEN STATED NEED IS FULFILLED

**ASSESSMENT/COMPLEXITY OF DECISION MAKING/RULE OUT:**

**FINAL DIAGNOSIS:** Dental Pain

**PLAN/PROCEDURES:**

| CRITICAL CARE ☐ YES TIME | RADIO CONTROL/ACLS ☐ YES | DICTATED ☐ | COMPLETED ☐ |
|---|---|---|---|

**M.D. ORDERS**

| | INIT | TIME | | INIT | TIME |
|---|---|---|---|---|---|
| Darvocet 1 to go | | | | | |
| | | | 7. | | |
| | | | 8. | | |
| | | | 9. | | |
| | | | 10. | | |
| | | | 11. | | |
| | | | 12. | | |

**INSTRUCTIONS/EDUCATION/RX:**
1) advil 800 qid
2) Pen VK
3) ultracet 1-2 (#12)
4) c your md
5) Return if worse
6) f/u c Dr

**I HEREBY ACKNOWLEDGE AND UNDERSTAND THE ABOVE INSTRUCTIONS**

SIGNATURE: **X**

MD SIGNATURE:

CHART / READ REVERSE



**LRGH**ealthcare
80 Highland Street
Laconia, NH 03246

# EMERGENCY ROOM RECORD

```
PATIENT NAME:          Gilbert, Laurie J
MEDICAL RECORD NO:     076936
ACCOUNT NO:            907351175
BIRTH DATE:            08/25/1961
PHYSICIAN:             Andrew Kane, MD
DATE:                  08/31/2004
```

HISTORY OF PRESENT ILLNESS: This 43 year old female presents secondary to dental pain. The patient states she had a tooth extraction about a week ago. She states she now has dry socket. She has had no fever, she has had no chills, she has had no myalgias or arthralgias.

PAST MEDICAL HISTORY: Otherwise unremarkable.

MEDICATIONS: None.

**ALLERGIES:** Codeine.

**PHYSICAL EXAMINATION:** Afebrile, vital signs normal.

SKIN: Clear.

HEENT: Oropharynx - tooth extraction site is noted. No bleeding, no swelling, no drainage.

ASSESSMENT: Dental pain.

TREATMENT: The patient is recommended Ultracet 1-2 q.6.h. As this is not available in the hospital she is given three Darvocet to go. She is recommended followup with Dr. Kenneth Finn. Return if fevers, chills, or worsening symptoms.

Andrew Kane, MD

```
D:    08/31/2004
T:    09/01/2004   4:36 P
med/632995
```

**ORIGINAL**

Gilbert, Laurie J
Page 2 of 2
Andrew Kane, MD

cc:

**ORIGINAL**