UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>          Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>          Defendants. | Civil Action No. 05-10746-RWZ |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Defendants, John Heggarty and Timothy Dube, certify that they have complied with the provisions of Local Rule 7.1 regarding their Motion for Sanctions for Plaintiff's Fraudulent Submission of Medical Expenses.

          Respectfully Submitted,
          For the Defendants,
          **JOHN HAGGERTY and TIMOTHY DUBE**,
          By their attorneys,

          */s/ Kathleen A. Pennini*
          Matthew E. Dwyer
          BBO #139840
          Kathleen A. Pennini
          BBO # 654573
          Dwyer, Duddy and Facklam
          Attorneys at Law, P.C.
          Two Center Plaza, Suite 430
          Boston, MA 02108
          617-723-9777

Date:   August 30, 2006

## CERTIFICATE OF SERVICE

      I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 30th day of August 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

                                                      Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\cert.complaince.LR7.1.mot.sanctions.fraud.doc