UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| LAURIE GILBERT }<br>    Plaintiff, }<br> }<br>v.                              }<br> }<br>JOHN HEGGARTY, }<br>TIMOTHY B. DUBE, )<br>    Defendants } | DOCKET #: C.A. 05-10746-RWZ |

**MOTION TO WITHDRAW**

NOW COMES Richard N. Foley, Esq., counsel for the Plaintiff, Laurie Gilbert in the above captioned matter who respectfully requests permission from the Court to withdraw as counsel in this matter.

As grounds for this Motion, the following is set forth:

1. There has been a serious breakdown in attorney/client relations which makes the undersigned unable to adequately represent the Plaintiff

WHEREFORE, it is respectfully requested that this Honorable Court allow the undersigned's withdrawal forthwith; and grant such other and further relief as may be deemed just and proper.

Dated: August 31, 2006    Respectfully Submitted,


    /S/ Richard N. Foley, Esq._____
414 State Street, Suite 2
Portsmouth, NH  03801
Tel: (603) 433-1303
BBO #: 553321


**CERTIFICATE OF SERVICE**


    I, Richard N. Foley, Esq., hereby certify that the within Motion to Withdraw was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
Kathy-Anne Pennini, Esq.

Conventionally Served:
Laurie Gilbert


Date: August 31, 2006    /S/ Richard N. Foley, Esq._____

2