UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>        Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>        Defendants. | Civil Action No. 05-10746-RWZ |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Defendants, John Heggarty and Timothy Dube, certify that they have complied with the provisions of Local Rule 7.1 regarding its motion to enforce the parties' settlement agreement.

                                    Respectfully Submitted,
                                    For the Defendants,
                                    **JOHN HEGGARTY and TIMOTHY DUBE,**
                                    By their attorneys,

                                    */s/ Kathleen A. Pennini*
                                    Matthew E. Dwyer
                                    BBO #139840
                                    Kathleen A. Pennini
                                    BBO # 654573
                                    Dwyer, Duddy and Facklam
                                    Attorneys at Law, P.C.
                                    Two Center Plaza, Suite 430
                                    Boston, MA 02108
                                    617-723-9777

Date:   August 31, 2006

## CERTIFICATE OF SERVICE

    I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via electronic filing, facsimile, and first class mail, postage prepaid, this 31st day of August 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

*Kathleen A. Pennini*
Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\cert.compliance.LR7.1.mot.enforce.settlement.doc