UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>　　　　　Defendants. | )<br>)<br>)<br>)  Civil Action No. 05-10746-RWZ<br>)<br>)<br>) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Defendants, John Heggarty and Timothy Dube, certify that they have complied with the provisions of Local Rule 7.1 regarding their Motion for Sanctions for Plaintiff's Fraudulent Submission of Medical Expenses.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　For the Defendants,
　　　　　　　　　　　　　　　　　　　**JOHN HAGGERTY and TIMOTHY DUBE,**
　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　_/s/ Kathleen A. Pennini_
　　　　　　　　　　　　　　　　　　　Matthew E. Dwyer
　　　　　　　　　　　　　　　　　　　BBO #139840
　　　　　　　　　　　　　　　　　　　Kathleen A. Pennini
　　　　　　　　　　　　　　　　　　　BBO # 654573
　　　　　　　　　　　　　　　　　　　Dwyer, Duddy and Facklam
　　　　　　　　　　　　　　　　　　　Attorneys at Law, P.C.
　　　　　　　　　　　　　　　　　　　Two Center Plaza, Suite 430
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　617-723-9777

Date:　August 30, 2006

## CERTIFICATE OF SERVICE

      I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via first class mail, postage prepaid, this 30th day of August 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

                                            Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\cert.complaince.LR7.1.mot.sanctions.fraud.doc