UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURIE GILBERT,<br>        Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10746-RWZ |

## MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT

The Defendants, John Heggarty and Timothy Dube, hereby move the Court to enforce the parties' settlement agreement. As grounds for this Motion, the Defendants state that a valid agreement was reached between the parties and as further support, rely on the attached memorandum of law in support of its motion.

> Respectfully Submitted,
> For the Defendants,
> **JOHN HEGGARTY and TIMOTHY DUBE,**
> By their attorneys,
>
> /s/ Kathleen A. Pennini
> Matthew E. Dwyer
> BBO #139840
> Kathleen A. Pennini
> BBO # 654573
> Dwyer, Duddy and Facklam
> Attorneys at Law, P.C.
> Two Center Plaza, Suite 430
> Boston, MA 02108
> 617-723-9777

Date:   August 31, 2006

1

## CERTIFICATE OF SERVICE

      I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via electronic filing, facsimile, and first class mail, postage prepaid, this 31st day of August 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

                                      */s/ Kathleen A. Pennini*
                                      Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\mot.enforce.settlement.agreement.doc

2