UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>        Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>        Defendants. | )<br>)<br>)<br>)   Civil Action No. 05-10746-RWZ<br>)<br>)<br>) |

## CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1

Defendants, John Heggarty and Timothy Dube, certify that they have attempted to confer in good faith with the Plaintiff's counsel, but were not able to reach Plaintiff's counsel to confer regarding the Defendants' motion in limine to preclude the Plaintiff from inquiring about the home addresses of the Defendants or Defendants' witnesses prior to filing this motion.

Respectfully Submitted,
For the Defendants,
**JOHN HEGGARTY and TIMOTHY DUBE**,
By their attorneys,

/s/ Kathleen A. Pennini
Matthew E. Dwyer
BBO #139840
Kathleen A. Pennini
BBO # 654573
Dwyer, Duddy and Facklam
Attorneys at Law, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
617-723-9777

Date:  September 1, 2006

## CERTIFICATE OF SERVICE

 I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via electronic filing, facsimile, and first class mail, postage prepaid, this 1st day of September 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

               _____
               Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\cert.consultation.mot.limine.addresses.police.officers.doc