UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>　　　　Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 05-10746-RWZ<br>)<br>)<br>) |

### CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.1

　　　　Defendants, John Heggarty and Timothy Dube, certify that they have attempted to confer in good faith with the Plaintiff's counsel, but were not able to reach Plaintiff's counsel to confer concerning the Plaintiff's motion for sanctions for the Plaintiff's failure to file a witness list pursuant to the Court's pre-trial order prior to filing this motion.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　For the Defendants,
　　　　　　　　　　　　　　　　　　　**JOHN HEGGARTY and TIMOTHY DUBE,**
　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　*/s/ Kathleen A. Pennini*
　　　　　　　　　　　　　　　　　　　Matthew E. Dwyer
　　　　　　　　　　　　　　　　　　　BBO #139840
　　　　　　　　　　　　　　　　　　　Kathleen A. Pennini
　　　　　　　　　　　　　　　　　　　BBO # 654573
　　　　　　　　　　　　　　　　　　　Dwyer, Duddy and Facklam
　　　　　　　　　　　　　　　　　　　Attorneys at Law, P.C.
　　　　　　　　　　　　　　　　　　　Two Center Plaza, Suite 430
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　617-723-9777

Date:　September 1, 2006

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify that a true copy of the foregoing document has been served via electronic filing, facsimile, and first class mail, postage prepaid, this 1st day of September 2006, upon:

Richard N. Foley, Esquire
414 State Street
Portsmouth, NH 03801.

_____
Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\cert.consultation.LR7.1.mot.sanct.fail.file.witnesslist.doc