UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-10746-RWZ** |
| ) | |
| **JOHN HEGGARTY and TIMOTHY DUBE,** ) | |
| **Defendants.** ) | |

## PROPOSED JURY INTERROGATORIES OF THE DEFENDANTS,
## JOHN HEGGARTY AND TIMOTHY DUBE

Defendants, John Heggarty and Timony Dube respectfully submit the following

Proposed Jury Interrogatories and General Verdict Forms for the Court's consideration. The

Defendants reserve the right to supplement these Interrogatories in accordance with issues that

may arise in connection with the Court's ruling on pre-trial motions and matters which may

arise during the course of trial.

Respectfully submitted,
For the Defendants,
**JOHN HEGGARTY and TIMOTHY DUBE,**
By their attorneys,

*Kathleen A. Pennini*

Matthew E. Dwyer (B.B.O. # 139840)
Kathleen A. Pennini (B.B.O. # 654573)
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date:   September 4, 2006

1

## **CERTIFICATE OF SERVICE**

I, Kathleen A. Pennini, do hereby certify I have electronically filed these proposed jury interrogatories on September 4, 2006, via electronic delivery and facsimile delivery, and via hand delivery on September 5, 2006 to:

Richard N. Foley, Esq.
414 State Street
Portsmouth, NH

Kathleen A. Pennini

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-10746-RWZ** |
| ) | |
| **JOHN HEGGARTY and TIMOTHY DUBE,** ) | |
| **Defendants.** ) | |

### JURY INTERROGATORY NO. 1

Did Ms. Gilbert prove by a preponderance of the evidence that the Defendants violated her federal

constitutional right to not be arrested without probable cause?

**ANSWER**

YES_____        NO _____

- If you answered "NO" to Interrogatory No. 1, then proceed to Interrogatory No. 3;
- If you answered "YES" to Interrogatory No. 1, then proceed to Interrogatory No. 2.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

**Civil Action No. 05-10746-RWZ**

## INTERROGATORY NO. 2

If your answer to Interrogatory No. 1 was yes, did you find by a preponderance of the evidence that the Defendants' arrest of Ms. Gilbert conduct was the proximate or legal cause of damages suffered by Ms. Gilbert?

**ANSWER**

YES_____          NO _____

- Proceed to Interrogatory No. 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

**Civil Action No. 05-10746-RWZ**

## INTERROGATORY NO. 3

What amount of damages, if any, has the Plaintiff proven by a preponderance of the

evidence that he suffered as a result of the Defendants' arrest of her without probable cause?

Write the amount in words and figures (e.g. Ten Dollars ($10.00),

_____    $_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **Civil Action No. 05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

## INTERROGATORY NO. 4

Did Ms. Gilbert prove by a preponderance of the evidence that the Defendant Heggarty

subjected her to excessive force while she was at the police station?

**ANSWER**

YES_____          NO _____

- If your answer to Interrogatory No. 4 is "NO," proceed to Interrogatory No. 7
- If your answer to Interrogatory No. 4 is "YES," proceed to Interrogatory No. 5

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civil Action No. 05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

## JURY INTERROGATORY NO. 5

Do you find by a preponderance of the evidence that the Defendant Heggarty's alleged use of excessive force against the Plaintiff at the police station was the proximate or legal cause of damages suffered by Ms. Gilbert?

**ANSWER**

YES_____          NO _____

- If your answer is "NO," proceed to Interrogatory No. 7
- If your answer is "YES," proceed to Interrogatory No. 6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civil Action No. 05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

**INTERROGATORY NO. 6**

What amount of damages, if any, has the Plaintiff proven by a preponderance of the evidence that he suffered as a result of the Defendant Heggarty's use of excessive force against her while she was at the police station Write the amount in words and figures (e.g. Ten Dollars ($10.00),

_____            $_____

- Proceed to Interrogatory No. 7

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-10746-RWZ** |
| ) | |
| **JOHN HEGGARTY and TIMOTHY DUBE,** ) | |
| **Defendants.** ) | |

## INTERROGATORY NO. 7

Did Ms. Gilbert prove by a preponderance of the evidence that the Defendants maliciously prosecuted her?

**ANSWER**

YES _____          NO _____

- If your answer to Interrogatory No. 7 is "NO" and your answers to Interrogatories Nos. 1 and 4 were also "NO," sign the Defendants' General Verdict Form and notify the Court that you have reached a decision.
- If your answer to Interrogatory No. 7 is "NO," but your answer to any of the preceding Interrogatories was "YES," proceed to Interrogatory No. 9
- If you answer to Interrogatory No. 7 is "YES," proceed to Interrogatory No. 8

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**LAURIE GILBERT,**                          )
          **Plaintiff,**               )
                                        )
**v.**                                       )     **Civil Action No. 05-10746-RWZ**
                                        )
**JOHN HEGGARTY and TIMOTHY DUBE,**          )
          **Defendants.**              )

## INTERROGATORY NO. 8

Did Ms. Gilbert prove by a preponderance of the evidence that the Defendants' alleged malicious prosecution of her was the proximate or legal cause of damages sustained by her?

**ANSWER**

YES _____          NO _____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **Civil Action No. 05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

## <u>INTERROGATORY NO. 9</u>

What amount of damages, if any, has the Plaintiff proven by a preponderance of the evidence that he suffered as a result of the Defendants' malicious prosecution? Write the amount in words and figures (e.g. Ten Dollars ($10.00),

_____         $_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civil Action No. 05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

## <u>INTERROGATORY NO. 10</u>

If you answered "YES" to any or all of Interrogatories 2, 5 or 8, do you think that the

Defendant acted with malice or with reckless indifference to the Plaintiff's federally protected rights

and that punitive damages should be assessed against the Defendants?

**ANSWER**

YES _____        NO _____

If your answer is "YES," in what amount? $_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No. 05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

## <u>GENERAL VERDICT FOR DEFENDANTS,</u>
## <u>JOHN HEGGARTY AND TIMOTHY DUBE</u>

We, the jury, having been duly impaneled and sworn, do find the issues joined in

favor of the Defendants and against the Plaintiff.


_____         _____-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,**<br>            **Plaintiff,** | ) <br> ) <br> ) |
| **v.** | ) <br> )      **Civil Action No. 05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,**<br>            **Defendants.** | ) <br> ) |

### GENERAL VERDICT FOR THE PLAINTIFF,
### LAURIE GILBERT

We, the jury, having been duly impaneled and sworn, find the following in favor of the Plaintiff and against the Defendants, John Heggarty and Timothy Dube (fill-in all that apply).

_____    Improper Arrest with damages in the sum of _____.

_____    Excessive Force with damages in the sum of _____.

_____    Malicious Prosecution with damages in the sum of _____.

Respectfully submitted,
For the Defendants,
**JOHN HEGGARTY and TIMOTHY DUBE,**
By their attorneys,

Matthew E. Dwyer (B.B.O. # 139840)
Kathleen A. Pennini (B.B.O. # 654573)
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
Date:   September 4, 2006              (617) 723-9777

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, do hereby certify I have electronically filed these proposed jury interrogatories on September 4, 2006, via electronic delivery and facsimile delivery, and via hand delivery on September 5, 2006 to:

Richard N. Foley, Esq.
414 State Street
Portsmouth, NH

Kathleen A. Pennini

F:\LPA\Gilbert\pldgs\proposed.special.ints.doc

15