UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE GILBERT,<br>        Plaintiff,<br><br>v.<br><br>JOHN HEGGARTY and TIMOTHY DUBE,<br>        Defendants. | Civil Action No. 05-10746-RWZ |

## JOINT EXHIBIT LIST

The parties do hereby file this joint exhibit list.

Exhibit 1:   Booking Report for Laurie Gilbert, dated March 18, 2002

Exhibit 2:   Evidence log dated March 18, 2002

Exhibit 3:   Application for Criminal Complaint for Laurie Gilbert

Exhibit 4:   Incident Report, dated March 18, 2002

Exhibit 5:   Discharge Report for Jason McLeod from Merrimack Valley Hospital, dated March 17, 2002

Exhibit 6:   Affidavit of Laurie Gilbert in Support of Motion to Suppress Evidence in Commonwealth v. Laurie Gilbert, Lawrence District Court, Docket No. 0218-CR-2002

Exhibit 7:   Motion to Suppress Evidence in Commonwealth of Massachusetts v. Laurie Gilbert, Lawrence District Court, Docket No. 0218-CR-2002

Respectfully submitted,
For the Defendants,
**JOHN HEGGARTY and TIMOTHY DUBE,**
By their attorneys,

*/s/ Kathleen A. Pennini*
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

F:\LPA\Gilbert\pldgs\joint.exhibit.list.doc