## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LAURIE GILBERT,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civil Action No. 05-10746-RWZ** |
| | ) |
| **JOHN HEGGARTY and TIMOTHY DUBE,** | ) |
| **Defendants.** | ) |

## JUDGMENT

The Clerk is hereby directed to make the following entry on the docket of the above-captioned action:

1. The terms of the settlement agreement annexed to the Defendants' Motion for Approval of Final Judgment are hereby approved adopted as an order of the Court and all claims of the Plaintiff are hereby dismissed with prejudice.

By the Court,

Date: 9/7/06

Hon. Rya W. Zobel
UNITED STATES DISTRICT JUDGE

F:\LPA\Gilbert\pldgs\proposed.final.judgment.do: